1  JOHN L. BURRIS, Esq./ State Bar #69888
2  BENJAMIN NISENBAUM, Esq./ State Bar #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone:    (510) 839-5200
5  Facsimile:    (510) 839-3882

6
   Attorneys for Plaintiff M.H., a minor through his
7  Guardian Ad Litem, Michelle Henshaw

8
   J. RANDALL ANDRADA, Esq.  SBN 70000
9  randrada@andradalaw.com
   VALERIE LY, Esq. SBN 270425
10 vly@andradalaw.com
11 **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
12 180 Grand Avenue, Suite 225
   Oakland, California 94612
13 Tel.:   (510) 287-4160
14 Fax:   (510) 287-4161

15 Attorneys for Defendants

16

17                    **UNITED STATES DISTRICT COURT**

18                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19 M.H., a minor, through his Guardian Ad Litem,    Case No. C11-2868 CW
20 Michelle Henshaw,

21         Plaintiffs,                              **STIPULATION TO ALLOW**
                                                    **PLAINTIFF TO FILE FIRST**
22    vs.                                           **AMENDED COMPLAINT,**
                                                    **FRCivP 15(a) AND TO CONTINUE**
23 COUNTY OF ALAMEDA, a municipal corporation;      **CASE MANAGEMENT**
   GREGORY J. AHERN, in his capacity as Sheriff for **CONFERENCE AND ORDER**
24 the COUNTY OF ALAMEDA; M. ALHF,
   individually and in his official capacity as a deputy
25 sheriff for the COUNTY OF ALAMEDA,  and
26 DOES 1-50, inclusive, jointly and severally,

27         Defendants.
                                                   /
28

No. C11-2868 CW:  STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT AND CONTINUE CASE      1
MANAGEMENT CONFERENCE

All parties to this action, by and through their respective counsel, hereby stipulate pursuant to FRCivP 15(a), that Plaintiff may file a First Amended Complaint, adding named defendants, and adding additional plaintiffs. This amendment will not waive any defenses that Defendants may assert as allowed by law.

In addition, since the First Amended Complaint will add the identities of several additional Defendants, the parties jointly request that the Initial Case Management Conference in this matter, currently set for September 20, 2011 at 2:00 p.m., be continued to November 1, 2011 at 2:00 p.m., to allow the newly added defendants time to answer the First Amended Complaint.

Respectfully submitted,

Dated: September 12, 2011                **The Law Offices of John L. Burris**

/s/Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiffs

Dated: September 12, 2011                **Andrada & Associates**

/s/J. Randall Andrada
J. Randall Andrada, Esq.
Attorney for Defendants

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, the Court hereby continues the Initial Case Management Conference to _____November 22__, 2011 at 2:00 p.m.

Dated: __9/15/2011_____

Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

No. C11-2868 CW: STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE                                                                                                          2