1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./ State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
3  Oakland, California 94621
   Telephone:    (510) 839-5200
4  Facsimile:    (510) 839-3882

5  Attorneys for Plaintiff M.H., a minor through his
   Guardian Ad Litem, Michelle Henshaw
6
   MICHAEL J. HADDAD, Esq./ State Bar #189114
7  JULIA SHERWIN, Esq./State Bar #189268
   GINA ALTOMARE, Esq./State Bar #273099
8  HADDAD & SHERWIN
   505 Seventeenth Street
9  Oakland, CA 94612
   Telephone:    (510) 452-5500
10 Facsimile:    (510) 452-5510

11 Attorneys for Plaintiffs Joseph Harrison, Krystle
   Harrison, Martin Harrison, Jr., and Tiffany Harrison
12

13                    **UNITED STATES DISTRICT COURT**

14                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 

| M.H., a minor, through his Guardian Ad Litem, Michelle Henshaw, JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON, JR., and TIFFANY HARRISON, all Individually and as Co-Successors in Interest of Decedent MARTIN HARRISON, | ) ) ) ) ) ) ) ) | Case No. C11-2868 CW (MEJ)  **STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| COUNTY OF ALAMEDA, a municipal corporation; SHERIFF GREGORY J. AHERN, in his individual and official capacities; DEPUTIES MATTHEW AHLF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, SOLOMON UNUBUN, and DOES 1-20, individually, jointly and severally, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

No. C11-2868 CW (MEJ):  STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE         1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the settlement conference currently scheduled before Magistrate James for April 3, 2012, be continued for approximately ninety (90) days for the following reasons:

This is a complex wrongful death / civil rights case, that arose in the Alameda County Jail, with five Plaintiffs and 12 named Defendants. Defendants are deposing all Plaintiffs plus the decedent's former wife this week. Plaintiffs previously noticed, but had to continue, the depositions of all Defendant deputies due to missing documents. Defendants are in the process of locating additional responsive documents. The parties cannot be prepared to engage in meaningful settlement discussions by April 3, due to the complexity of this matter and the discovery likely to be completed by that time. However, the parties believe they will be prepared to evaluate this matter for settlement by July 3, 2012. Trial is scheduled for February 4, 2013.

THEREFORE, THE PARTIES RESPECTFULLY REQUEST that this Court continue the current settlement conference to a later date no later than July 20, 2012.

Dated: March 20, 2012                 HADDAD & SHERWIN

/s/ Michael J. Haddad
MICHAEL J. HADDAD
Attorneys for Plaintiffs
JOSEPH HARRISON, KRYSTLE HARRISON,
MARTIN HARRISON JR., and TIFFANY
HARRISON

Dated: March 20, 2012                 THE LAW OFFICES OF JOHN L. BURRIS

/s/ Benjamin Nisenbaum *
BENJAMIN NISENBAUM
Attorneys for Plaintiff
M.H.

Dated: March 20, 2012

ANDRADA & ASSOCIATES

/s/ J. Randall Andrada *

J. RANDALL ANDRADA
Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY G. AHERN, MATTHEW ALHF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, and SOLOMON UNUBUN

* Mr. Nisenbaum and Mr. Andrada provided their consent that this document be electronically filed.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The settlement conference scheduled for April 3, 2012, is hereby continued to a later date to be determined by the magistrate judge, not later than July 20, 2012.

Dated: 3/22/2012

HONORABLE CLAUDIA WILKEN
United States District Judge

No. C11-2868 CW (MEJ): STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE     3