JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:      (510) 839-5200
Facsimile:      (510) 839-3882

Attorneys for Plaintiff M.H., a minor through his
Guardian Ad Litem, Michelle Henshaw

MICHAEL J. HADDAD, Esq./ State Bar #189114
JULIA SHERWIN, Esq./State Bar #189268
GINA ALTOMARE, Esq./State Bar #273099
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Telephone:      (510) 452-5500
Facsimile:      (510) 452-5510

Attorneys for Plaintiffs Joseph Harrison, Krystle
Harrison, Martin Harrison, Jr., and Tiffany Harrison

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., a minor, through his Guardian Ad Litem, Michelle Henshaw, JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON, JR., and TIFFANY HARRISON, all Individually and as Co-Successors in Interest of Decedent MARTIN HARRISON,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; SHERIFF GREGORY J. AHERN, in his individual and official capacities; DEPUTIES MATTHEW AHLF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, SOLOMON UNUBUN, and DOES 1-20, individually, jointly and severally,<br><br>            Defendants. | Case No. C11-2868 CW (MEJ)<br><br>**STIPULATION AND ORDER TO AMEND CASE MANAGEMENT ORDER** |

No. C11-2868 CW (MEJ):  STIPULATION AND (~~PROPOSED~~) ORDER TO AMEND CASE MANAGEMENT ORDER

1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the case management order be amended as follows:

This is a complex wrongful death /civil rights case that arose in the Alameda County Jail, with five Plaintiffs,12 named Defendants, and 20 Doe Defendants.  The parties exchanged initial disclosures, exchanged written discovery, and subpoenaed records.  Defendants took six depositions.  Plaintiffs also took six depositions.

To prepare this matter for trial, Plaintiffs' counsel intend to depose the remaining Defendant deputies, some medical providers, "persons most knowledgeable" pursuant to Federal Rule of Civil Procedure 30(b)(6), and other witnesses.  Due to the number of plaintiffs, defendants, and individuals involved in the incident and care of the decedent, the parties initially agreed to limit depositions to 20 per side.  However, due to the complexity of this case, Plaintiffs indicate that they need to depose more than 20 witnesses.

The parties stipulate and agree that Plaintiffs shall be permitted to depose 28 percipient and party witnesses, provided that the total time for all depositions does not exceed 70 hours.  Plaintiffs have already noticed these 28 depositions and conducted 6 of them.  It should be noted that one of the noticed deponents is Defendant Sheriff Gregory Ahern.  Defendants have objected to the taking of Sheriff Ahern's deposition, and by agreeing to allow Plaintiffs to conduct 28 depositions, Defendants do not withdraw their objection or agree to this deposition.  Plaintiffs have agreed to defer the issue of Sheriff Ahern's deposition to the end of discovery.

The parties have not yet completed a settlement conference.  The settlement conference was initially scheduled for April 3, 2012 before Judge James and was continued to a date no later than July 20, 2012 by stipulation and request of the parties.  Judge James rescheduled the settlement

No. C11-2868 CW (MEJ):  STIPULATION AND (PROPOSED) ORDER TO AMEND CASE MANAGEMENT ORDER

2

conference for July 10, 2012 and then continued the settlement conference on her own motion to November 20, 2012.

In addition, Plaintiffs will seek to amend the complaint to substitute one county employee, Corizon (formerly Prison Health Services), and two Corizon employees for named Doe Defendants. The current Defendants will not stipulate to allowing Plaintiffs to file a second amended complaint. Plaintiffs will file a motion to amend the complaint by September 12, 2012.

Given the number of depositions that remain to be taken, counsels' various trial commitments in other matters, that the parties will not be able to engage in meaningful settlement discussions until late November, and that Plaintiffs are seeking to amend the complaint, the parties stipulate and agree to continue the trial date from February 4, 2013 to May 28, 2013 or July 22, 2013, and to continue the deadlines for the completion of fact discovery, expert discovery, and the dispositive motion hearing deadline accordingly.  This is the first request for extension of such deadlines.

Therefore, the parties respectfully request that this Court continue the current deadlines in this matter as follows:

| Deadline Description | Current Deadline/Date | Proposed Modified Deadline/Date |
|---|---|---|
| Completion of Fact Discovery | September 28, 2012 | February 1, 2013 |
| Disclosure of Expert Witnesses' Identities and Reports | November 16, 2012 | February 15, 2013 |
| Dispositive Motion Hearing Deadline | October 25, 2012 | March 28, 2012 |
| Settlement Conference | November 20, 2012 | No change |
| Completion of Expert Discovery | December 14, 2012 | April 5, 2013 |
| Pretrial Conference | January 23, 2013 | Any appropriate time per the Court's schedule |
| Trial | February 4, 2013 | May 28, 2013 or July 22, 2013 |

No. C11-2868 CW (MEJ):  STIPULATION AND (PROPOSED) ORDER TO AMEND CASE MANAGEMENT ORDER

3

| | | |
|---|---|---|
| 1 | Dated: August 30, 2012 | HADDAD & SHERWIN |
| 2 | | |
| 3 | | /s/ Michael J. Haddad |
| 4 | | MICHAEL J. HADDAD<br>Attorneys for Plaintiffs |
| 5 | | JOSEPH HARRISON, KRYSTLE HARRISON,<br>MARTIN HARRISON JR., and TIFFANY |
| 6 | | HARRISON |
| 7 | | |
| 8 | Dated: August 30, 2012 | THE LAW OFFICES OF JOHN L. BURRIS |
| 9 | | |
| 10 | | /s/ Benjamin Nisenbaum* |
| 11 | | BENJAMIN NISENBAUM<br>Attorneys for Plaintiff |
| 12 | | M.H. |
| 13 | | |
| 14 | Dated: August 30, 2012 | ANDRADA & ASSOCIATES |
| 15 | | |
| 16 | | /s/ J. Randall Andrada* |
| 17 | | J. RANDALL ANDRADA<br>Attorneys for Defendants |
| 18 | | COUNTY OF ALAMEDA, GREGORY G. AHERN,<br>MATTHEW ALHF, ALEJANDRO VALVERDE, |
| 19 | | JOSHUA SWETNAM, ROBERTO MARTINEZ,<br>ZACHARY LITVINCHUK, RYAN MADIGAN, |
| 20 | | MICHAEL BARENO, FERNANDO ROJAS-<br>CASTANEDA, SHAWN SOBRERO, and |
| 21 | | SOLOMON UNUBUN |

\* Mr. Nisenbaum and Mr. Andrada provided their consent that this document be electronically filed.

No. C11-2868 CW (MEJ):  STIPULATION AND (PROPOSED) ORDER TO AMEND CASE MANAGEMENT ORDER

4

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED **except** as follows: the dispositive motion deadline is 3/28/13; a further case management conference will be held on 3/28/13 whether or not a dispositive motion is filed; pretrial conference will be held to 7/10/2013 at 2:00 p.m.; and the jury trial will begin on 7/22/2013 at 8:30 a.m.

Dated: 9/4/2012

HONORABLE CLAUDIA WILKEN
United States District Judge

No. C11-2868 CW (MEJ): STIPULATION AND ~~(PROPOSED)~~ ORDER TO AMEND CASE MANAGEMENT ORDER

5