1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./ State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
3  Oakland, California 94621
   Telephone:   (510) 839-5200
4  Facsimile:   (510) 839-3882

5  Attorneys for Plaintiff M.H., a minor through his
   Guardian Ad Litem, Michelle Henshaw
6
   MICHAEL J. HADDAD, Esq./ State Bar #189114
7  JULIA SHERWIN, Esq./State Bar #189268
   GINA ALTOMARE, Esq./State Bar #273099
8  HADDAD & SHERWIN
   505 Seventeenth Street
9  Oakland, CA 94612
   Telephone:   (510) 452-5500
10 Facsimile:   (510) 452-5510

11 Attorneys for Plaintiffs Joseph Harrison, Krystle
   Harrison, Martin Harrison, Jr., and Tiffany Harrison
12

13                **UNITED STATES DISTRICT COURT**

14            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 | M.H., a minor, through his Guardian Ad Litem, ) |
16 | Michelle Henshaw, JOSEPH HARRISON, KRYSTLE ) Case No. C11-2868 CW (MEJ)
   | HARRISON, MARTIN HARRISON, JR., and )
17 | TIFFANY HARRISON, all Individually and as Co- )
   | Successors in Interest of Decedent MARTIN ) **STIPULATION AND (PROPOSED)**
18 | HARRISON, ) **ORDER TO CONTINUE**
   |                                              ) **SETTLEMENT CONFERENCE**
19 |         Plaintiffs, )
20 |    vs. )
21 | COUNTY OF ALAMEDA, a municipal corporation; )
22 | SHERIFF GREGORY J. AHERN, in his individual and )
   | official capacities; DEPUTIES MATTHEW AHLF, )
23 | ALEJANDRO VALVERDE, JOSHUA SWETNAM, )
24 | ROBERTO MARTINEZ, ZACHARY LITVINCHUK, )
   | RYAN MADIGAN, MICHAEL BARENO, )
25 | FERNANDO ROJAS-CASTANEDA, SHAWN )
   | SOBRERO, SOLOMON UNUBUN, and DOES 1-20, )
26 | individually, jointly and severally, )
   |                                              )
27 |         Defendants. )
28 |                                              )

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the settlement conference currently scheduled before Magistrate James for November 20, 2012 at 10:00 a.m. be continued to February 27, 2013 at 10:00 a.m.  The reason for this requested continuance is that the case is not in a settlement posture due to a pending motion to amend the complaint that would add additional defendants.  The parties believe that once that motion is decided, they will be able to take additional discovery and will then be prepared to evaluate this matter for settlement.

THEREFORE, THE PARTIES RESPECTFULLY REQUEST that this Court continue the current settlement conference to February 27, 2013.

Dated:  November 14, 2012           HADDAD & SHERWIN

/s/ Gina Altomare
_____
GINA ALTOMARE
Attorneys for Plaintiffs
JOSEPH HARRISON, KRYSTLE HARRISON,
MARTIN HARRISON JR., and TIFFANY
HARRISON

Dated:  November 14, 2012           THE LAW OFFICES OF JOHN L. BURRIS

/s/ Benjamin Nisenbaum *
_____
BENJAMIN NISENBAUM
Attorneys for Plaintiff
M.H.

Dated:  November 14, 2012          ANDRADA & ASSOCIATES

/s/ J. Randall Andrada *

J. RANDALL ANDRADA
Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY G. AHERN, MATTHEW ALHF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, and SOLOMON UNUBUN

* Mr. Nisenbaum and Mr. Andrada provided their consent that this document be electronically filed.

### ~~(PROPOSED)~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The settlement conference scheduled for November 20, 2012 at 10:00 a.m. is hereby continued to February 27, 2013 at 10:00 a.m., in chambers.  The Court's previous settlement conference order otherwise remains in full force and effect.

Dated: November 14, 2012

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

No. C11-2868 CW (MEJ):  STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE     3