1    JOHN L. BURRIS, Esq./ State Bar #69888
     BENJAMIN NISENBAUM, Esq./ State Bar #222173
2    LAW OFFICES OF JOHN L. BURRIS
     7677 Oakport Street, Suite 1120
3    Oakland, California 94621
     Telephone:     (510) 839-5200
4    Facsimile:     (510) 839-3882

5    Attorneys for Plaintiff M.H., a minor through his
     Guardian Ad Litem, Michelle Henshaw

6    MICHAEL J. HADDAD, Esq./ State Bar #189114
     JULIA SHERWIN, Esq./State Bar #189268
7    GENEVIEVE K. GUERTIN, Esq./State Bar #262479
     HADDAD & SHERWIN
8    505 Seventeenth Street
     Oakland, CA 94612
9    Telephone:     (510) 452-5500
     Facsimile:     (510) 452-5510

10

11    Attorneys for Plaintiffs Joseph Harrison, Krystle
     Harrison, Martin Harrison, Jr., and Tiffany Harrison

12

13                       **UNITED STATES DISTRICT COURT**

14             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16    M.H., a minor, through his Guardian Ad Litem,    )    Case No. C11-2868 CW (MEJ)
     Michelle Henshaw, JOSEPH HARRISON, KRYSTLE )
17    HARRISON, MARTIN HARRISON, JR., and      )
     TIFFANY HARRISON, all Individually and as Co-    )
18    Successors in Interest of Decedent MARTIN      )    **STIPULATION TO AND REQUEST**
     HARRISON,                                   )    **FOR SETTING OF CASE**
19                                       )    **MANAGEMENT CONFRENCE**
                 Plaintiffs,                      )
20                                       )
         vs.                              )
21                                       )
     COUNTY OF ALAMEDA, a municipal corporation; )
22    SHERIFF GREGORY J. AHERN, in his individual and )
     official capacities; DEPUTIES MATTHEW AHLF,    )
23    ALEJANDRO VALVERDE, JOSHUA SWETNAM,    )
     ROBERTO MARTINEZ, ZACHARY LITVINCHUK, )
24    RYAN MADIGAN, MICHAEL BARENO,        )
     FERNANDO ROJAS-CASTANEDA, SHAWN      )
25    SOBRERO, SOLOMON UNUBUN; MEGAN HAST, )
     A.S.W.; CORIZON HEALTH, INC., a Delaware      )
26    corporation; HAROLD ORR, M.D.; ZELDA        )
     SANCHO, L.V.N.; and DOES 5-20, individually,    )
27    jointly and severally,                      )
                                      )
28                     Defendants.             )
     _____ )

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO SET a case management conference for **February 6, 2013 at 2:00 p.m.**

This is a complex wrongful death /civil rights case that arose in the Alameda County Jail, with five Plaintiffs, and initially 12 named Defendants, and 20 Doe Defendants.  The parties exchanged initial disclosures, exchanged written discovery, and subpoenaed records.  Defendants took six depositions.  Plaintiffs also took six depositions.

Plaintiffs subsequently moved the Court to grant leave to file a Second Amended Complaint in this matter, which included the substitution of Megan Hast, A.S.W., Corizon Health, Inc., Harold Orr, M.D., and Zelda Sancho, L.V.N. in place of previously named Doe Defendants.  The Court granted Plaintiffs' Motion and ordered the parties to meet and confer to agree on a case management schedule.

The parties have met and conferred but have not been able to reach agreement regarding a case management schedule.  As such, the parties request that the Court set a case management conference to discuss the case management schedule, including the scope of discovery after the addition of the new defendants and in light of discovery already completed in this matter to date.  All parties that have appeared in this matter[1] stipulate and agree to February 6, 2013 at 2:00 p.m. as the date and time for a case management conference.

//

//

//

//

---

[1] Counsel for Defendants Harold Orr, Jr., M.D. and Corizon Health, Inc. has advised that at this time, they do not represent Defendant Zelda Sancho, L.V.N., who has not yet appeared in this action.

Therefore, the parties respectfully request that this Court set a case management conference in this matter for February 6, 2013 at 2:00 p.m.

Dated: January 23, 2013                          HADDAD & SHERWIN


                                                 /s/ Michael J. Haddad
                                                 _____
                                                 MICHAEL J. HADDAD
                                                 Attorneys for Plaintiffs
                                                 JOSEPH HARRISON, KRYSTLE HARRISON,
                                                 MARTIN HARRISON JR., and TIFFANY
                                                 HARRISON


Dated: January 23, 2013                          THE LAW OFFICES OF JOHN L. BURRIS


                                                 /s/ Benjamin Nisenbaum*
                                                 _____
                                                 BENJAMIN NISENBAUM
                                                 Attorneys for Plaintiff
                                                 M.H.


Dated: January 23, 2013                          ANDRADA & ASSOCIATES


                                                 /s/ J. Randall Andrada*
                                                 _____
                                                 J. RANDALL ANDRADA
                                                 Attorneys for Defendants
                                                 COUNTY OF ALAMEDA, GREGORY G. AHERN,
                                                 MATTHEW ALHF, ALEJANDRO VALVERDE,
                                                 JOSHUA SWETNAM, ROBERTO MARTINEZ,
                                                 ZACHARY LITVINCHUK, RYAN MADIGAN,
                                                 MICHAEL BARENO, FERNANDO ROJAS-
                                                 CASTANEDA, SHAWN SOBRERO, SOLOMON
                                                 UNUBUN, and MEGAN HAST, A.S.W.

Dated:  January 23, 2013                    LAW OFFICES OF NANCY E HUDGINS


/s/ Matthew M. Grigg*
_____
NANCY E. HUDGINS
MATTHEW M. GRIGG
Attorneys for Defendants
HAROLD ORR, JR., M.D. and CORIZON HEALTH,
INC.


\* Mr. Nisenbaum, Mr. Andrada and Mr. Grigg provided their consent that this document be

electronically filed.

## <u>ORDER</u>

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO

ORDERED **except that the case management conference will be held on March 7, 2013, at 2:00**

**p.m.**

Dated: ___1/24/2013___          _____

HONORABLE CLAUDIA WILKEN

United States District Judge