1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./ State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
3  Oakland, California 94621
   Telephone:    (510) 839-5200
4  Facsimile:    (510) 839-3882

5  Attorneys for Plaintiff M.H., a minor through his
   Guardian Ad Litem, Michelle Henshaw
6
   MICHAEL J. HADDAD, Esq./ State Bar #189114
7  JULIA SHERWIN, Esq./State Bar #189268
   GINA ALTOMARE, Esq./State Bar #273099
8  GENEVIEVE K. GUERTIN, Esq./State Bar #262479
   HADDAD & SHERWIN
9  505 Seventeenth Street
   Oakland, CA 94612
10 Telephone:    (510) 452-5500
   Facsimile:    (510) 452-5510
11
   Attorneys for Plaintiffs Joseph Harrison, Krystle
12 Harrison, Martin Harrison, Jr., and Tiffany Harrison

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., a minor, through his Guardian Ad Litem, Michelle Henshaw, JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON, JR., and TIFFANY HARRISON, all Individually and as Co-Successors in Interest of Decedent MARTIN HARRISON, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a municipal corporation; SHERIFF GREGORY J. AHERN, in his individual and official capacities; DEPUTIES MATTHEW AHLF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, SOLOMON UNUBUN, and DOES 1-20, individually, jointly and severally, <br><br> Defendants. | Case No. C11-2868 JST (MEJ) <br><br> **STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

No. C11-2868 JST (MEJ):  STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE      1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the settlement conference currently scheduled before Magistrate Judge James for March 11, 2013 at 2:00 p.m. be rescheduled to May 20, 2013.  The reasons for this requested continuance are:  (1) that, in Plaintiffs' estimation, the case is not in a settlement posture due to discovery that remains to be completed and (2) Plaintiffs' counsel Haddad & Sherwin have a trial that conflicts with the current settlement conference date.  Though Plaintiffs' counsel are moving the court to continue that trial due to the health concerns of one of the firm's partners, that trial is currently scheduled to begin March 4, 2013.

Plaintiffs have not yet had an opportunity to obtain discovery from recently added Defendants Corizon Health, Inc., Harold Orr, M.D., and Zelda Sancho, L.V.N.  In addition, Plaintiffs need to complete several more depositions, including the depositions of six Defendant deputies, five persons most knowledgeable pursuant to Federal Rule of Civil Procedure 30(b)(6), and several other witnesses.  Plaintiffs anticipate these depositions will be completed by May 2013 and that they will then be in a position to evaluate this case for settlement.

SO STIPULATED:

Dated:  February 26, 2013                    HADDAD & SHERWIN

/s/ Gina Altomare
GINA ALTOMARE
Attorneys for Plaintiffs
JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON JR., and TIFFANY HARRISON

| | | |
|---|---|---|
| Dated: February 26, 2013 | | THE LAW OFFICES OF JOHN L. BURRIS |

/s/ Benjamin Nisenbaum*

BENJAMIN NISENBAUM
Attorneys for Plaintiff
M.H.

Dated:  February 26, 2013                             ANDRADA & ASSOCIATES


/s/ J. Randall Andrada*

J. RANDALL ANDRADA
Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY G. AHERN, MATTHEW ALHF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, SOLOMON UNUBUN, and MEGAN HAST, A.S.W.

Dated: February 26, 2013                              LAW OFFICES OF NANCY E HUDGINS


/s/ Matthew M. Grigg*

MATTHEW M. GRIGG
Attorneys for Defendants
HAROLD ORR, JR., M.D., ZELDA SANCHO, L.V.N., and CORIZON HEALTH, INC.


\* Mr. Nisenbaum, Mr. Andrada, and Mr. Grigg provided their consent that this document be electronically filed.

**(PROPOSED) ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The settlement conference scheduled for March 11, 2013 at 2:00 p.m. is rescheduled for May 20, 2013 at __2:00 p.m.__ in chambers.

Dated: __February 28, 2013__

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge