1 | JOHN L. BURRIS, Esq./ State Bar #69888
2 | BENJAMIN NISENBAUM, Esq./ State Bar #222173
    LAW OFFICES OF JOHN L. BURRIS
3 | 7677 Oakport Street, Suite 1120
    Oakland, California 94621
4 | Telephone:   (510) 839-5200
    Facsimile:   (510) 839-3882

5 | Attorneys for Plaintiff M.H., a minor through his
    Guardian Ad Litem, Michelle Henshaw
6 |
7 | MICHAEL J. HADDAD, Esq./ State Bar #189114
    JULIA SHERWIN, Esq./State Bar #189268
    GINA ALTOMARE, Esq./State Bar #273099
8 | GENEVIEVE K. GUERTIN, Esq./State Bar ##262479
    HADDAD & SHERWIN
9 | 505 Seventeenth Street
    Oakland, CA 94612
10 | Telephone:   (510) 452-5500
     Facsimile:   (510) 452-5510
11 |
12 | Attorneys for Plaintiffs Joseph Harrison, Krystle
     Harrison, Martin Harrison, Jr., and Tiffany Harrison

13 | **UNITED STATES DISTRICT COURT**

14 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 | M.H., a minor, through his Guardian Ad Litem, )
16 | Michelle Henshaw, JOSEPH HARRISON, KRYSTLE ) Case No. C11-2868 JST (MEJ)
     HARRISON, MARTIN HARRISON, JR., and )
17 | TIFFANY HARRISON, all Individually and as Co- )
     Successors in Interest of Decedent MARTIN ) **STIPULATION AND (PROPOSED)**
18 | HARRISON, ) **ORDER TO CONTINUE**
                                                    ) **SETTLEMENT CONFERENCE**
19 |              Plaintiffs, )
                                                    )
20 |        vs. )
                                                    )
21 | COUNTY OF ALAMEDA, a municipal corporation; )
22 | SHERIFF GREGORY J. AHERN, in his individual and )
     official capacities; DEPUTIES MATTHEW AHLF, )
23 | ALEJANDRO VALVERDE, JOSHUA SWETNAM, )
     ROBERTO MARTINEZ, ZACHARY LITVINCHUK, )
24 | RYAN MADIGAN, MICHAEL BARENO, )
25 | FERNANDO ROJAS-CASTANEDA, SHAWN )
     SOBRERO, SOLOMON UNUBUN; MEGAN HAST, )
26 | A.S.W.; CORIZON HEALTH, INC., a Delaware )
     corporation; HAROLD ORR, M.D.; ZELDA )
27 | SANCHO, L.V.N.; and DOES 5-20, individually, )
28 | jointly and severally, )
                                                    )
                Defendants. )

No. C11-2868 JST (MEJ): STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE    1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the settlement conference currently scheduled before Magistrate Judge James for May 20, 2013 at 2:00 p.m. be rescheduled to June 19, 2013 at 10:00 a.m.  The reason for this requested continuance is that the case is not in a settlement posture due to discovery that remains to be completed, including Plaintiffs' depositions of Defendants Deputy Rojas-Castaneda and Dr. Orr, as well as a person most knowledgeable on behalf of Defendant Corizon Health, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6), and another employee of Defendant Alameda County.  The parties anticipate that these remaining depositions will be completed by late May or early June 2013 and the parties will then be in a position to evaluate this case for settlement.

Therefore, the parties respectfully request that this Court reschedule the currently scheduled settlement conference to June 19, 2013 at 10:00 a.m.

Dated: May 3, 2013                                         HADDAD & SHERWIN

                                                           /s/ Gina Altomare
                                                           GINA ALTOMARE
                                                           Attorneys for Plaintiffs
                                                           JOSEPH HARRISON, KRYSTLE HARRISON,
                                                           MARTIN HARRISON JR., and TIFFANY
                                                           HARRISON

Dated: May 3, 2013                                         THE LAW OFFICES OF JOHN L. BURRIS

                                                           /s/ Benjamin Nisenbaum*
                                                           BENJAMIN NISENBAUM
                                                           Attorneys for Plaintiff
                                                           M.H.

Dated: May 3, 2013                           ANDRADA & ASSOCIATES


                                             /s/ J. Randall Andrada*
                                             ──────────────────────────────
                                             J. RANDALL ANDRADA
                                             Attorneys for Defendants
                                             COUNTY OF ALAMEDA, GREGORY G. AHERN,
                                             MATTHEW ALHF, ALEJANDRO VALVERDE,
                                             JOSHUA SWETNAM, ROBERTO MARTINEZ,
                                             ZACHARY LITVINCHUK, RYAN MADIGAN,
                                             MICHAEL BARENO, FERNANDO ROJAS-
                                             CASTANEDA, SHAWN SOBRERO, SOLOMON
                                             UNUBUN, and MEGAN HAST, A.S.W.


Dated: May 3, 2013                           LAW OFFICES OF NANCY E. HUDGINS


                                             /s/ Matthew M. Grigg*
                                             ──────────────────────────────
                                             MATTHEW M. GRIGG
                                             Attorneys for Defendants
                                             HAROLD ORR, JR., M.D., ZELDA SANCHO,
                                             L.V.N., and CORIZON HEALTH, INC.


\* Mr. Nisenbaum, Mr. Andrada, and Mr. Grigg provided their consent that this document be electronically filed.

**~~(PROPOSED)~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The settlement conference scheduled for May 20, 2013 at 2:00 p.m. is rescheduled for June 19, 2013 at 10:00 a.m.

Dated: May 8, 2013

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge