# EXHIBIT A

Case3:11-cv-02868-JST   Document91   Filed08/27/13   Page1 of 2

| PFN/AJIS | 0107852 | NAME | HARRISON, MARTIN | DATE | 08/13/10 | TIME | 1620 |
|---|---|---|---|---|---|---|---|
| CII | BDH2226 | D.O.B. | [redacted] SEX M | REMARKS | | | |
| PREVIOUS COMMITMENT | ✓ | | | ALLERGIES | NKDA | | |

### VISUAL OBSERVATIONS (EXPLAIN "YES" ANSWERS) CIRCLE Y OR N          YES    NO

1. Is inmate unconscious, or showing signs of bleeding, injury, pain or other symptoms suggesting need for emergency medical referral? _____  Y  **N**
2. Is inmate carrying prescribed medication? _____  Y  **N**
3. Is there obvious fever or other evidence of infection? _____  Y  **N**
4. Is there evidence of body vermin, rashes, needle marks? _____  Y  **N**
5. Does inmate appear to be under the influence of, or withdrawing from drug, alcohol, or other unknown substance, or any signs of abnormal behavior? _____  Y  **N**
6. Is there evidence of skin lesions, jaundice, or bruises? _____ GENERAL POPULATION  Y  **N**
7. Is inmate's mobility restricted in any way? _____ PEG  Y  **N**
8. Does inmate appear agitated, depressed, or confused? _____ GRIEVANCE PEG  Y  **N**
9. Does inmate appear developmentally delayed? _____  **Y**  N
10. Does inmate have a prosthesis, (eye glasses,) contact lens: _____ not in possession (my)  Y  N

### INMATE QUESTIONNAIRE (EXPLAIN "YES" ANSWERS) CIRCLE Y OR N

11. Ever had diabetes, seizures, asthma, ulcers, high blood pressure, or a heart condition? _____  Y  **N**
12. Do you have a psychiatric disorder? What? _____ Last episode _____  Y  **N**
13. Are you suicidal now or in the past? When? _____ How? _____  Y  **N**
14. Been hospitalized by a psychiatrist or physician in the past year? If yes explain _____  Y  **N**
15. Taking medications prescribed by a psychiatrist or physician? (Drug dose, frequency, and last dose) _____  Y  **N**
16. On a special diet prescribed by a physician? What? _____  Y  **N**
17. Been exposed to or have a contagious or communicable disease? (i.e. AIDS, Hepatitis, sexually transmitted disease, tuberculosis) _____  Y  **N**
18. Do you have fever, chills, weight loss, night sweats, cough, fatigue, hemoptysis? _____  Y  **N**
19. PPD Given _____ NFA _____ HX _____ of _____ Positive TB Skin test _____  **Y**  N
20. Have any dental problems? Dentures? _____  **Y**  N
21. Use Alcohol? (type, amount, last use?) _____ q d - LD - today  **Y**  N
22. Use drugs? (type, amount, last use?) _____  Y  **N**
23. Females: Last menses _____ Urine HCG Neg. _____ Pos. _____ Pregnant? _____ Birth control? _____ Recent delivered or aborted? _____
24. Have any other medical or mental disabilities you have not told me about? _____  Y  **N**
25. Vital signs T 97.6  P 78  R 18  BP 130/70 - 142 lbs
26. Comments _____ (illegible, highlighted)

27. Disposition: Emergency Treatment _____ Infirmary _____ Next Clinic _____ Future Clinic _____
    Isolation _____ Observation Log _____ Psychiatric _____

I acknowledge that I have answered all questions truthfully and that I have been told and shown in writing how to obtain medical services.

_Z. Sancho, LVN_          08-13-10          X _(signature)_
Nurses Signature           Date/Time         Inmates Signature

PLF000305