# EXHIBIT C

J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
VALERIE LY (SBN 270425)
vly@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA,
GREGORY J. AHERN in his capacity as
Sheriff for County of Alameda, and Deputies
MATTHEW AHLF, ALEJANDRO VALVERDE,
JOSHUA SWETNAM, ROBERTO MARTINEZ,
ZACHARY LITVINCHUK, RYAN MADIGAN,
MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, and
SOLOMON UNUBUN, all individually and in
their official capacities as Deputy Sheriffs for
County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| M.H., a minor, individually through his Guardian Ad Litem, Michelle Henshaw, JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON JR., and TIFFANY HARRISON, all Individually and as Co-Successors in Interest for Decedent MARTIN HARRISON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; GREGORY J. AHERN, in his capacity as Sheriff for the COUNTY OF ALAMEDA; DEPUTIES MATTHEW AHLF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, SOLOMON UNUBUN, and DOES 1-20, individually, jointly and severally,<br><br>Defendants. | Case No.: 4:11-cv-02868-CW<br><br>**RESPONSE TO PLAINTIFFS' NOTICE OF INSPECTION**<br><br>Action Filed: June 10, 2011 |

1

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiffs JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON, JR., and TIFFANY HARRISON |
| RESPONDING PARTY: | ALL DEFENDANTS |
| SET NUMBER: | ONE |

Pursuant to Federal Rule of Civil Procedure 34, defendants COUNTY OF ALAMEDA, GREGORY J. AHERN, MATTHEW AHLF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, and SOLOMON UNUBUN respond to plaintiffs' Request for Production of Documents, Set No. Three, as follows:

## GENERAL OBJECTIONS

Responding Parties expressly reserve all objections regarding the competency, relevance, materiality, probative value and admissibility of all information provided. Responding Parties also expressly reserve all objections as to vagueness, ambiguity, unintelligibility and overbreadth.

Responding Parties provide the responses herein without prejudice to further discovery. Responding Parties have not completed their investigation, discovery or preparation for trial in this matter, and the responses set forth below are based solely upon information available to Responding Parties at the time of the preparation of these responses. Discovery will continue as long as permitted by statute or stipulation of the parties, and investigation by the attorneys and/or agents of Responding Parties will continue throughout the trial of this action. Responding Parties therefore specifically reserve the right at the time of trial to introduce any evidence from any source which may hereinafter be discovered.

These responses are accurate as of the date of these responses. However, Responding Parties are continuing to investigate this matter and, therefore, cannot exclude the possibility of obtaining more complete information or information indicating the responses supplied herein are incorrect.

If any information has unintentionally been omitted from these responses, Responding Parties reserve the right to supplement their responses per Federal Rule of Civil Procedure 26(e)(2).

Responding Parties object to plaintiffs' requests for production of documents on the ground and to the extent they seek information subject to the attorney-client privilege, the work product

1 doctrine and/or any other lawful privilege.

2 These introductory comments shall apply to each and every response provided herein, and
3 shall be incorporated by reference as though fully set forth in all of the responses provided herein.

## RESPONSES TO REQUESTS

**REQUEST NO. 1:**

Produce all original documents reflecting medical, mental health, or other records of Martin Harrison, including but not limited to ACSO 130 to 141, as well as all records from Glenn Dyer Jail, for forensic inspection, copying, testing and/or sampling, pursuant to FRCivP 34.

**RESPONSE TO REQUEST NO. 1:**

Responding Parties object to this request on the grounds and to the extent that it seeks information that is not relevant, not likely to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. Subject to and without waiving said objections, Responding Parties state as follows:

Responding Parties will make available the above mentioned documents that are in their possession, custody, or control at a mutually agreeable time and date.

**REQUEST NO. 2:**

Permit entry of Plaintiffs' counsel and/or their representatives onto the premises of the Alameda County Sheriff's Department Santa Rita Jail, so that they may inspect, measure, survey, and photograph the property, including but not limited to each cell in which Martin Harrison was housed, all deputies' areas, the nursing areas, and the criminal justice mental health areas.

**RESPONSE TO REQUEST NO. 2:**

Responding Parties object to this request on the grounds and to the extent that it seeks information that is not relevant, not likely to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. Subject to and without waiving said objections, Responding Parties state as follows:

Responding Parties will make available the premises of Santa Rita Jail for inspection at a mutually agreeable time and date subject to the institution's security restrictions.

///

1 | Dated: September 21, 2012.     ANDRADA & ASSOCIATES

By _____
J. RANDALL ANDRADA
VALERIE LY
Attorneys for Defendants
COUNTY OF ALAMEDA,
GREGORY J. AHERN, MATTHEW
ALHF, ALEJANDRO VALVERDE,
JOSHUA SWETNAM, ROBERTO
MARTINEZ, ZACHARY LITVINCHUK,
RYAN MADIGAN, MICHAEL BARENO,
FERNANDO ROJAS-CASTANEDA,
SHAWN SOBRERO, and SOLOMON
UNUBUN

# PROOF OF SERVICE

*M.H. v. County of Alameda, et al.*
U.S.D.C. Northern District (San Francisco) Case No. 4:10-cv-02868-CW

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 180 Grand Avenue, Suite 225, Oakland, California; and that on September 24, 2012, I served a true copy of the foregoing document(s) entitled:

## RESPONSE TO PLAINTIFFS' NOTICE OF INSPECTION

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| John L. Burris, Esq.<br>Benjamin Nisenbaum, Esq.<br>Law Offices of John L. Burris<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Tel: 510-839-5200 / Fax: 510-839-3882<br>john.burris@johnburrislaw.com<br>bnisenbaum@gmail.com | Attorneys for Plaintiffs |
| Michael J. Haddad, Esq.<br>Julie Sherwin, Esq.<br>Gina Altomare, Esq.<br>Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612<br>Tel: 510-452-5500 / Fax: 510-452-5510<br>haddad.sherwin@sbcglobal.net<br>gina.altomare@sbcglobal.net | Attorneys for Plaintiffs |

__X__ (By E-Mail & U.S. Mail) I caused each document to be sent via e-mail to the addresses listed above; I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Andrada & Associates.

_____ (By Hand) I caused each envelope to be delivered by hand to the person(s) listed above.

_____ (By Telecopy) I caused each document to be sent by fax to the fax as indicated above.

_____ (By Overnight Delivery) I caused each envelope to be delivered by overnight delivery to the person(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 24, 2012, at Oakland, California.

*/s/ Georgia Lee*
GEORGIA LEE

1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION