JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., a minor, individually through her Guardian Ad Litem, Michelle Henshaw, JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON, JR., and TIFFANY HARRISON, all Individually and as Co-Successors in Interest of Decedent MARTIN HARRISON,<br><br>         Plaintiffs,<br><br>    vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; GREGORY J. AHERN, in his capacity as Sheriff for the COUNTY OF ALAMEDA; DEPUTIES MATTHEW AHLF, ALEJANDRO VALVERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBRERO, SOLOMON UNUBUN; MEGAN HAST, A.S.W.; CORIZON HEALTH, INC., a Delaware corporation; HAROLD ORR, M.D.; ZELDA SANCHO, L.V.N.; and DOES 5-20, individually, jointly and severally,<br><br>         Defendants.<br>_____/ | Case No. C 11-2868 JST<br><br>**MINOR PLAINTIFF M.H.'S NOTICE OF SETTLEMENT** |

Notice of Settlement of Minor Plaintiff M.H.'s claims and causes of action                    1

## NOTICE OF SETTLEMENT BY MINOR PLAINTIFF M.H. ONLY

Minor Plaintiff, by and through his Guardian Ad litem MICHELLE HENSHAW, hereby notifies the Court that he has reached a settlement of only his claims and causes of action against all Defendants in this matter.

The settlement is contingent only on approval by the Alameda County Board of Supervisors, which is anticipated to occur in mid-September 2013, and approval by this Court of a minor's compromise to be filed on behalf of Minor Plaintiff M.H. Minor Plaintiff M.H. shall dismiss his case with prejudice once the settlement has been executed.

The remaining plaintiffs' claims shall be unaffected by the dismissal of Minor Plaintiff M.H.'s claims and causes of action upon execution of this settlement.

Respectfully submitted,

Dated: August 29, 2013                **LAW OFFICES OF JOHN L. BURRIS**


/s/ *Benjamin Nisenbaum*
Benjamin Nisenbaum
Attorney for Minor Plaintiff M.H.