# EXHIBIT 1

**1. DEFENDANT'S TRUE NAME** (Leave Blank) — BDH226   10-046386

| 4. DEFENDANT'S LAST NAME | FIRST | MIDDLE | GEN | 5. ARREST NO. |
|---|---|---|---|---|
| HARRISON | MARTIN | CHESTER | | 2010-102141 |

**6. *KA/NICKNAME**   **7. AJIS** 0107852

| 8. DOB | POB | HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | 9. LOCAL USE |
|---|---|---|---|---|---|---|---|---|
| Redacted | CA | 600 | 140 | black | brown | white | male | |

| 10. ARREST DATE | 11. ARREST TIME | 12. SALIENT CHARACTERISTICS (SMTs) |
|---|---|---|
| 8/13/2010 | 15:55 | |

| 13. HOME ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 846 FOOTHILL BL , APT # 2 | OAKLAND | CA | 94606 |

| 14. BUSINESS ADDRESS / SCHOOL | CITY | STATE | ZIP CODE |
|---|---|---|---|

| 15. HOME PHONE | 16. DRIVER'S LICENSE # | 17. SOCIAL SECURITY # | 18. MISC ID# |
|---|---|---|---|
| (510) 776-8217 | N7084401 | Redacted | |

| 19. BUSINESS PHONE | 20. OCCUPATION | 21. CLOTHING |
|---|---|---|

| 22. CODE SECTION (Use sub-section) | 23. M/F | 24. COURT | 24. CIR | 25. WARRANT # | 27. CEN | 28. BAIL |
|---|---|---|---|---|---|---|
| 23152(a) dui w/priors:per 23550 vc | F | 01450 | | 427091 | | |
| 23152(b) dui alcohol/0.08 percent | M | 01450 | | 427091 | | |

ID CONFIRMED TO PFN   ☐ NEW PFN

ID CONFIRMED BY

CII NO. 10163876

FBI NO.

CHECKS   ☐ PIN ☐ NCIC ☐ UPDATED

CASH AT BOOKING

COURT DATE / TIME

| 29. LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| 8TH AVE./FOOTHILL, OAKLAND | ☐ BAIL POSTED |

| 30. ARRESTING OFFICER | NO. | 31. TRANSPORTING OFFICER | NO. | SIGNATURE OF PERSON TAKING PRINTS |
|---|---|---|---|---|
| BONILLA | 8314 | | | |

| 32. CO-DEFENDANT | 33. CO-DEFENDANT | SIGNATURE OF PERSON PRINTED |
|---|---|---|
| | | X |

| 34. VEHICLE LICENSE # | STATE | YEAR | MAKE | MODEL | COLOR | 35. TOWED TO | 36. TOW TAG | HOLD FOR |
|---|---|---|---|---|---|---|---|---|

37.   I HEREBY ARREST THE ABOVE DEFENDANT ON THE CHARGE INDICATED AND REQUEST A PEACE OFFICER TAKE HIM / HER INTO CUSTODY. I WILL APPEAR WHEN NOTIFIED TO SIGN A COMPLAINT AGAINST THE PERSON I HAVE ARRESTED.

| 38. SIGNATURE OF ARRESTING CITIZEN | 39. ARRESTING CITIZEN'S HOME ADDRESS | 40. HOME PHONE |
|---|---|---|

| 41. ARRESTING CITIZEN'S NAME | RACE | SEX | AGE | 42. ARRESTING CITIZEN'S BUSINESS ADDRESS | 43. BUS. PHONE |
|---|---|---|---|---|---|

| 44. PERSON TO BE NOTIFIED | JUV ☐ | EMERGENCY ☐ | 45. RELATIONSHIP | 46. HOME PHONE | BUS. PHONE | 47. DATE / TIME NOTIFIED |
|---|---|---|---|---|---|---|

| 48. ADDRESS OF PERSON TO BE NOTIFIED | CITY | STATE | 49. LOCAL AGENCY USE |
|---|---|---|---|

50. NARRATIVE

CELL:     LOCKER:

BK BY:

PHOTO: P4502

CORPUS:

| Citation Number | 50. Details |
|---|---|
| Bond Number | |
| Receipt Number | |
| Court | "YOU HAVE THE RIGHT TO MAKE "3" FREE TELEPHONE CALLS WITHIN THE LOCAL DIALING AREA BY ASKING THE JAILER. IN ADDITION, THERE IS A PUBLIC TELEPHONE IN YOUR CELL FOR YOUR UNLIMITED USE." |
| Court Date/Time | |

| 52. REASON FOR RELEASE / JUV DISPO. | 53. OFFICER OUTGOING | 54. PRISONER SIGNATURE OUTGOING | 55. SUPERVISOR |
|---|---|---|---|
| | | X | |

CABS 06/99

Printed on: August 17, 2010, 6:57

ACSO 142

NO. 0107852

| All unclaimed property and money shall be disposed of as provided by law. | | PR | PR |
|---|---|---|---|
| Item | Description | # 1 | #: |
| Wallet | BLACK | | |
| Purse | | | |
| Misc. Papers | | | |
| Check / Savings Book | | | |
| Keys | 4 ON RING | | |
| Watch ☐ WM ☐ YM | ☐ Man's ☐ Women's  Make: | | |
| Ring ☐ WM ☐ YM | ☐ Man's  Color of ☐ Women's  Stone | | |
| Ring ☐ WM ☐ YM | ☐ Man's  Color of ☐ Women's  Stone | | |
| Other Jewelry ☐ WM ☐ YM | ☐ Man's ☐ Women's | | |
| Other Jewelry ☐ WM ☐ YM | ☐ Man's ☐ Women's | | |
| Earring ☐ WM ☐ YM | | | |
| Change: If less than $1.00 | | | |
| Rare or Foreign Coins | | | |
| Hat | | | |
| Coat | | | |
| Vest | | | |
| Shirt | WHITE | | |
| Tie | | | |
| Belt | BLACK | | |
| Pants | BLUE | | |
| Shoes | WHITE | | |
| Dress | | | |
| Skirt | | | |
| Radio | | | |
| Luggage | | | |
| Medication | | | |
| Other | 2 CELL PHONES | | |
| | EYE GLASS IN CASE | | |
| | 2 COMBS | | |
| | 2 CHOPSTICKS | | |
| | SHOE LACES | | |
| | 2 TOOLS ( INCLUDE KNIVES) | | |
| Comments: | 1 GLASS BALL | | |

I have received all of my property, clothing, and money.

| Inmate's Sig. X | | Date |
|---|---|---|
| Officer's Sig. X | | Badge No. |

**Property Release #1**
**Released Property To:**

Agency:

| Checked and Received By | Badge No. | Date |
|---|---|---|
| Officer's Sig. X | | |
| Inmate's Sig. X | | Release Date |
| Officer's Sig. X | | Badge/I.D. No. |

**Property Release #2**
**Released Property To:**

Agency:

| Checked and Received By | Badge No. | Date |
|---|---|---|
| er's X | | |
| Inmate's Sig. X | | Release Date |
| Officer's Sig. X | | Badge/I.D. No. |

Form 230-1

ACSO 143

***** END OF JOB *****

AWS: WARRANT ABSTRACT
BY: 00109 OAKLAND POLICE DEPT
08/13/10    15:52
PIN:
-PFN--        --CEN--
BNH226        04336722
--CII---      --FBI--
101638/6      4B2214RA1

DESCRIPTION 1
TYP: AUTO

HARRISON, MARTIN CHESTER
H46 FOOTHILL BL 2, OAKLAND CA 94606-
SEX RACE    HAIR EYE    HGT WGT
M    W      BLK  BRO     600 140
DOB Redacted

SSN Redacted

/CA        VLN/ST        / MAKE/MOD

OLM/CST N/0154401

WRNT #: 427091                              STAT: NEW WARR
ISSUED: 05/24/2010          TYPE: MISDEM BENCH    BALL: $  10,000.00
ROSA:  00100 ALAMEDA COUNTY SHERIFF         RPT#: 2010-0/9//
JUDICIAL DIST: 01450 HAYWARD HALL OF JUSTICE
ISSUED BY:    29599    JULIA A. SPAIN

VO 2315/CH FT M

VIOLATIONS:

# ALAMEDA COUNTY SHERIFF'S OFFICE
## SUPPLEMENTAL CABS QUESTIONNAIRE

| Date | AJIS# | | |
|------|-------|---|---|
| 08.13.10 | 0107852 | | |

**Build**
- [ ] Heavy
- [x] Medium
- [ ] Muscular
- [ ] Thin

**Glasses**
- [ ] Yes
- [x] No

**Hair Length**
- [x] Long
- [ ] Medium
- [ ] Short

**Facial Hair**
- [ ] Beard
- [ ] Beard and Moustache
- [ ] Goatee
- [ ] Moustache
- [x] None
- [ ] Sideburns
- [ ] Stubble

**Complexion**
- [ ] Acne
- [ ] Albino
- [x] Dark
- [ ] Freckled
- [ ] Light, Fair
- [ ] Medium
- [ ] Moles
- [ ] Olive
- [ ] Pockmarked
- [ ] Ruddy
- [ ] Sallow

**Marital Status**
- [ ] Common Law
- [x] Divorced
- [ ] Indeterminate
- [ ] Married
- [ ] Separated
- [ ] Single
- [ ] Unknown
- [ ] Widow (er)

| Place of Birth (City) | State/Country of Birth | US Citizen | Primary Language |
|---|---|---|---|
| L.A. | CA/USA | [x] YES<br>[ ] NO | English |

# INFORMATION REQUIRED FOR ALL OAKLAND ARRESTS

| Location of Arrest | City of Arrest | Date of Arrest | Time of Arrest |
|---|---|---|---|
| CHECK ALL OAKLAND PD | CAR'S | FOR THIS | INFORMATION |

| Emergency contact person | Relationship | Home phone | Business phone |
|---|---|---|---|
| | | | |

| Address of person to contact | City | State |
|---|---|---|
| | ACSO 145 | |

# PLEASE ATTACH THIS FORM TO THE CONSOLIDATED ARREST REPORT

**CONSOLIDATED ARREST REPORT**
**Oakland Police Department**

| 1. Defendant's True Name (Leave Blank): | | Arrest No. 10 - 102141 | | | |
|---|---|---|---|---|---|

| 2. Defendant's Name HARRISON, MARTIN | | PFN BDH226 | Booking Agency 00109 | Report No. 10 - 046386 |
|---|---|---|---|---|
| 3. AKA or Nickname | | Date Arrested 13AUG10 Time 1555 | Crime Type Detailed to CP, Beat 7X | Incident No. 595 |

| 4. DOB Redacted | POB CA | Height 6-0 | Weight 140 | Hair BRO | Eyes BRO | Race O | Sex M | Age 49 | **VEHICLE INFORMATION** | | | **JAIL USE ONLY** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5. Salient Characteristics | | | | Clothing WHI TSHT, Blu JEAN | | | | | License No. | State | Year | |
| 6. Residence Address 846 FOOTHILL BLVD # 2 | | City ☑ Oakland | | State | Phone 510 770-8217 | | | | Year Make Model | | | |
| 7. Business Address | | School | | | Phone ( ) | | | | Disposition/Towed to Tow | | | |

| 8. DL or ID Card No. N7084401 | Social Security No. Redacted | Occupation | Hold For | Cash at Booking |
|---|---|---|---|---|
| 9. Arresting Officer M. BONILLA | Serial No. 8314 | Arresting Officer | Serial No. | Location of Arrest 8TH AVE FOOTHILL |
| 10. Transporting Officer M. BONILLA | Serial No. 8314 | Transporting Officer | Serial No. | Arrest Approved By Serial No.: Time: |

| 11a. Code Section 23152(A) VC | M/F M | Court | CC 5 | Warrant No. 427091 | CEN | Bail $10K | 12. Location of Arrest Approval if Defendant Relocated |
|---|---|---|---|---|---|---|---|
| 11b. | | | | | | | |
| 11c. R.A00E TO EFF5 13AUG2010 18:50:45 | | | | | | | 13. Reason for Defendant Relocation |
| 11d. YR HARRISON, MARTIN CHESTER W/DOB: Redacted CONF'D TO PFN:BDH226 BY:T3906/RRS | | | | | | | |

| Felony Bail Enhancements | | | | 17. Section and code number of prior strike conviction(s) |
|---|---|---|---|---|
| 14. | Total Felony Non-Strike | | | |
| 15. | ☐ | 1 Felony Strike Conviction: | 1170.12(c)(1) P.C. | Enter Bail Enhancement $100K | $ |
| 16. | ☐ | 2+ Felony Strike Convictions: | 1170.12(c)(2) P.C. | Enter Bail Enhancement $500K | $ |

| 18. Signature of Person Making Arrest | | Residence Address | City ☐ Oakland | Zip | Phone ( ) |
|---|---|---|---|---|---|
| 19. Arresting Person's Name | Sex-Race-Age | Business Address | City ☐ Oakland | Zip | Phone ( ) |
| 20. Complainant's Name | Sex-Race-Age | Address | City ☐ Oakland | Zip | ABC Premise Involved |
| 21. Co-Defendant | Sex-Race-Age | Co-Defendant | Sex-Race-Age | Co-Defendant | Sex-Race-Age |

| 22. ☐ Probation For: ☐ Parole | ☐ Admonished ☐ Not Admonished | Subject's Response: Reason Not Admonished: |
|---|---|---|

**23. Instructions:** • List charges by name and code section.
- If suspect is arrested WITHOUT A WARRANT for an offense which occurred in another jurisdiction, identify agency, investigator's name, and report number.
- If arrested pursuant to a warrant, document the specific circumstances of the initial contact/detention that led to the discovery of the warrant.
- Complete probable cause narrative.
- Enter reason for physical arrest (misdemeanor only).
- Describe injuries or known medical problems.

WARRANT - DETENTION

HARRISON WALKING ON FOOTHILL ACROSS 8TH AVE AGAINST TH
RED LIGHT(NORTHSIDE OF STREET). CONTACTED FOR VIO/ATC
RECORDS CHECK REVEALED WARRANT. ARRESTED FOR WARRA
WARRANT FOR VIOLATION.

NO OTHER KNOWN WITNESSES
NO U.O.F.

ACSO 146

| NAME: LAST, FIRST, MIDDLE, GEN. | | | | | ARREST REPORT NO. | | BILLET |
|---|---|---|---|---|---|---|---|
| HARRISON, MARTIN CHESTER | | | | | 2010-07977 | | OON |

AKA:

| | | | | | CODE | SECTION | DISPOSITION/COMMENTS/WARRANT |
|---|---|---|---|---|---|---|---|
| | | | | | VC | 23152(A | |

| CEN | PFN | CII | FBI | SSN | | | |
|---|---|---|---|---|---|---|---|
| 0436722 | BDI226 | 10163876 | 482214RA1 | Redacted | VC | 23152(B | |

| SEX | RACE | WEIGHT | HEIGHT | HAIR | EYES | SKIN | DOB | POB | DLN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | W | 140 | 600 | BK | BR | MB | Redacted | CA | CAN7084401 | | |

ADDRESS: NO., DIR., STREET, APT.  846 FOOTHILL BL 2   CITY OAKLAND

| STATE | ZIP | PHONE | VEHICLE LICENSE, STATE | VEHICLE DESCRIPTION |
|---|---|---|---|---|
| CA | 94606 | 7798217 | | |

| BOOKING DATE/TIME | ARREST DATE/TIME | ARREST AGENCY | BOOKING AGENCY |
|---|---|---|---|
| 08/13/10 19:50 | 04/23/10 16:50 | 00106 | 00100 |

ARREST LOCATION B/CHESTNUT   SALIENT CHARACTERISTICS   OCCUPATION

| BOOKING TYPE | ENROUTE TO: | COURT | DOCKET NUMBER | WARRANT NUMBER | COURT DATE/TIME | BAIL |
|---|---|---|---|---|---|---|
| UNVIEW | | HHJ-502 | 427091 | | 08/17/10 14:00 | $10,000. |

| 821-822 PC | APPEARANCE DEMANDED | AGENCY NOTIFICATION | 1381 PC | BOOKING OFFICER |
|---|---|---|---|---|
| DATE | CT      DATE | METHOD      DATE | DATE | Y0292 |

| DATE HTA/CERT | SUPERIOR COURT | DOCKET NUMBER | SENTENCE | | SENTENCE |
|---|---|---|---|---|---|

| RELEASE EXPLANATION | | RELEASE DATE | BAIL BOND/CITATION NO. | RECEIPT NUMBER | NEXT COURT DATE | OFFICER |
|---|---|---|---|---|---|---|

"REASON FOR NON-RELEASE, 853.6 PC."      REMARKS: ATTITUDE, ETC.      muns

| HOLDS (AGENCY/CEN) | CHARGE | BAIL | PIN/WARRANT NUMBER | DATE RECEIVED | DATE RELEASED | REASON |
|---|---|---|---|---|---|---|

| G/T | N/T | W/T | TIME ADJUSTMENT | TIMEKEEPE |
|---|---|---|---|---|

I HEREBY AUTHORIZE THE SHERIFF OF ALAMEDA COUNTY TO BREAK THE SEAL, OPEN AND EXAMINE ALL MAIL OR PACKAGES ADDRESSED TO ME, WHILE AN INMATE ALAMEDA COUNTY JAIL. PRISONER'S SIGNATURE INCOMING:

| RELEASE REASON | DATE RELEASED | DATE RETURNED | PRISONER SIGN | OFFICER SIGN | RIGHT INDEX FINGER |
|---|---|---|---|---|---|

ACSO 147

**Date:** _____   **Date:** _____
**Warrant Check By:** _____   **DNA Sample Required:  Yes   No**
**Records Deputy:** _____   **Date/Reason:** _____
Sergeant:

| NAME: LAST, FIRST, MIDDLE, GEN.  HARRISON, MARTIN CHESTER | NAME  HARRISON, MARTIN CH | ARREST REPORT NO:  2010-07977 | BILLET  OONOO |
|---|---|---|---|
| | PFN  BDH226            CEN  0436722 | | |
| AKA: | | CODE  VC | SECTION:  23152(A | DISPOSITION/COMMENTS/WARRANT NOS. |

| CEN  0436722 | PFN  BDH226 | CII  10163876 | FBI  482214RA1 | LOCAL  Redacted | | VC  23152(B | |
|---|---|---|---|---|---|---|---|

| SEX  M | RACE  W | WEIGHT  140 | HEIGHT  600 | HAIR  BK | EYES  BR | SKIN  MB  Redacted | POB  CA | DLN  CANZ084401 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| ADDRESS: NO., DIR., STREET, APT.  846 FOOTHILL BL 2 | | CITY  OAKLAND | | |
|---|---|---|---|---|

| STATE  CA | ZIP  94606 | PHONE  7778217 | VEHICLE LICENSE, STATE: | VEHICLE DESCRIPTION: | |
|---|---|---|---|---|---|

| BOOKING DATE/TIME  08/13/10 19:50 | ARREST DATE/TIME  04/23/10 14:50 | ARREST AGENCY  00104 | BOOKING AGENCY  00100 | |
|---|---|---|---|---|

| ARREST LOCATION:  8/CHESTNUT | SALIENT CHARACTERISTICS: | OCCUPATION | |
|---|---|---|---|

| BOOKING TYPE:  UNVIEW | ENROUTE TO: | COURT:  HHJ-502 | DOCKET NUMBER:  422091 | WARRANT NUMBER: | COURT DATE/TIME  08/17/10 14:00 | BAIL  $10,000.00 |
|---|---|---|---|---|---|---|

| 821-822 PC: | APPEARANCE DEMANDED: | AGENCY NOTIFICATION: | | 1381 PC:  DATE. | BOOKING OFFICER:  Y0272 |
|---|---|---|---|---|---|
| DATE: | CT: | DATE: | METHOD: | DATE | |

| DATE HTA/CERT: | SUPERIOR COURT: | DOCKET NUMBER: | SENTENCE: | | SENTENCE DATE: |
|---|---|---|---|---|---|

| RELEASE EXPLANATION: | RELEASE DATE: | BAIL BOND/CITATION NO: | RECEIPT NUMBER: | NEXT COURT DATE: | OFFICER |
|---|---|---|---|---|---|

| REASON FOR NON-RELEASE, 853.6 PC: | REMARKS: ATTITUDE, ETC. | |
|---|---|---|

## ALAMEDA COUNTY SHERIFF'S DEPARTMENT CUSTODY CARD

ML-80

**HAZARD CLASSIFICATION**

☐ MED  ☐ MEN  ☐ ESC  ☐ P/C
☐ SUI  ☐ VIO  ☐ GNG  ☐ HOM
☐ NDA  ☐ WIT  ☐ NSP  ☐ OTH

**SPECIAL HOUSING**

AS        SS        PC

HOUSING LOCATION

GENERATION

| Name (Last, First, Middle)  HARRISON, MARTIN CHESTER | | | | | |
|---|---|---|---|---|---|
| SEX  MALE | RACE  WHITE | WEIGHT  140 lbs | HEIGHT  600 ft/in | HAIR  BLACK | EYES  BROWN | SKIN  MEDIUM |

| DATE OF BIRT  8/14/1960 | PRISONER TYPE | PFN:  BDH226 | AJIS#  0107852 |
|---|---|---|---|

COMMENTS

JAIL CLOTHING ISSUED:        DATE: _____
JAIL CLOTHING RETURNED:      DATE: _____
ORIENTATION VIDEO SHOWN:     DATE: _____
BEDDING ISSUED:              DATE: _____
BEDDING RETURNED:            DATE: _____

ACSO 148

| DATE | NEXT COURT DATE/TIME | COURT | DISPOSITION/SENTENCE | BAIL/OR/D | OFFICER'S SIGNATURE |
|------|---------------------|-------|---------------------|-----------|---------------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**HOLDS (CEN. RELEASE DATE ENROUTE)**

| PHONE # | RESPONDENT | COMPLETE | DATE/TIME | OFFICER SIGN | PRISONER SIGN |
|---------|-----------|----------|-----------|--------------|---------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ACSO 149

## PROPERTY LIABILITY WAIVER

AS I AM BEING RELEASED IN COURT, AND MY PROPERTY IS NOT PRESENT IN COURT, I HEREBY WAIVE MY RIGHT UNDER GOVERNMENT CODE SECTION 26840 TO THE IMMEDIATE RETURN OF MY PROPERTY. I UNDERSTAND THAT MY PROPERTY IS NOW AVAILABLE FOR RETURN TO ME AT THE APPROPRIATE SHERIFF'S DEPARTMENT STATION. I FURTHER UNDERSTAND AND AGREE THAT IF I DO NOT COME TO THE APPROPRIATE SHERIFF'S DEPARTMENT STATION FOR MY PROPERTY WITHIN THIRTY (30) DAYS AFTER THE DATE OF MY RELEASE, THEN THE SHERIFF AND THE COUNTY OF ALAMEDA, AND EACH OF THEM, ARE NO LONGER RESPONSIBLE FOR THE SAFEKEEPING OF MY PROPERTY, AND THAT THE SHERIFF AND COUNTY MAY DISPOSE OF THAT PROPERTY WITHOUT FURTHER OBLIGATION TO ME OF ANY KIND WHATSOEVER.

| PRISONER'S SIGNATURE | RELEASE OFFICER'S SIGNATURE | OFFICER RELEASING HOLDS/DEPARTMENT | DATE |
|---------------------|----------------------------|-----------------------------------|------|

```
JQCS.BDH226                           BOOKING SUMMARY        08/17/10   0021   PAGE   1

PFN/AJIS: BDH226    NAME: HARRISON, MARTIN CHESTER
HFAC SRJ      AREA/UNIT VALLEY MEDICAL      CELL 01        CURR BAL         5.91
DOB Redacted    RACE W   SEX M   PRIS TYPE              PRIS HOLD N NONE
RECVD DATE 08/13/10 TIME 1620    ARREST AGY 00109
PROJ PHYS REL               RELD DATE           TIME      RELD TO

CEN: 0436722    CEN NAME: HARRISON, MARTIN CHESTER
BOOK TYPE ONVIEW        CDY STATUS HELD              PROJ CEN REL
BOOK DATE 08/13/10 TIME 1950     RELD DATE          TIME      MULTIPLE DOCKET
BAIL    10000.00    COURT 01450   DEPT 502   DATE 08/17/10 TIME 1400   PROC ARR

CD   SECTION    MF DISP    CD   SECTION   MF DISP    CD   SECTION    MF DISP
VC   23152(A    M          VC   23152(B EX M
```

523 W:NO MORE EVENTS OR CHARGES

ACSO 150

PFN/AJIS: BDH226     HFA: SRJ    NAME: HARRISON, MARTIN   CHEST ACCT BAL:      5.91

| TRANS DATE | HFA | ---RECEIPT--- NUMBER | TRANSACTION CODE LITERAL | | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|---|
| 08/13/10 | NCJ | 01-07852 | CBKG CR | NBOK | .00 | .00 | |
| 08/14/10 | SRJ | TU-36359 | COTH CR | OTHE | 31.34 | 31.34 | |
| 08/16/10 | SRJ | SH-75577 | DCOM DB | COMM | 25.43- | 5.91 | |

ACSO 151

856 NO DISCIPLINARY RECORD FOUND TRANSACTION TERMINATING

PFN/AJIS: BDH226   NAME: HARRISON, MARTIN CHESTER                  HLOCN: S33I01
                   JAIL NAME:
 SAVE CLASS XREF Y LAST CLASS DATE 08/14/2010 TIME 0430   REVIEW DUE 09/13/2010
             CATEGORY        CODE        REMARKS                        MSG
      1   CRIME SOPHIST       C      CJ
      2   CRIME CLASS         C      23152(A)
      3   SECURITY CLASS      C      DTC
      4   ASSAULT CLASS       C      OLD HX
      5   ADMIN CLASS         C      NSP
 HAZARD CLASSES:
 HOUSING CLASSES:


 WORK CREWS:
                                                        WORKER STATUS:

 817 W:NO XREF RECORD FOUND

ACSO 153

PFN/AJIS BDH226     NAME: HARRISON, MARTIN CHESTER

| DATE | TIME OUT | TIME IN | DEST | HOUSING | MOV | TYPE | APPT DESCRIPTION |
|------|----------|---------|------|---------|-----|------|------------------|
| 08/13/10 | | 1620 | | NBK | B | BKG | |
| 08/13/10 | 2315 | 2351 | SRJ | SBU | T | TRNF | TRANSPORT |
| 08/14/10 | | 0305 | | S33H01 | L | LOCN | |
| 08/14/10 | | 0448 | | S33D07 | L | LOCN | |
| 08/16/10 | | 1511 | | S33I01 | L | LOCN | |

ACSO 154

```
PFN/AJIS: BDH226    NAME: HARRISON, MARTIN CHESTER
HFAC SRJ      AREA/UNIT AREA 33 ISO        CELL 01       CURR BAL       5.91
DOB  [Redacted]    RACE W    SEX M    PRIS TYPE          PRIS HOLD N NONE
RECVD DATE 08/13/10 TIME 1620    ARREST AGY 00109
PROJ PHYS REL              RELD DATE           TIME      RELD TO

CEN: 0436722    CEN NAME: HARRISON, MARTIN CHESTER
BOOK TYPE ONVIEW       CDY STATUS HELD            PROJ CEN REL
BOOK DATE 08/13/10 TIME 1950    RELD DATE         TIME      MULTIPLE DOCKET
BAIL   10000.00    COURT 01450   DEPT 502   DATE 08/17/10 TIME 1400    PROC ARR

CD   SECTION    MF DISP    CD   SECTION    MF DISP    CD   SECTION    MF DISP
VC   23152(A     M         VC   23152(B EX  M


523 W:NO MORE EVENTS OR CHARGES
```

ACSO 155

```
JPQP  *PFN :BDH226*NEXT                                    *.,      08/16/10 2006
*LNAM :HARRISON : *CNAM : MC        DISPR              *AKAG :
*AKAL :              *AKAF :            *AKAM :                 *AKAG :
*DOB  : Redacted  *POB :CA*HGHT :600*WGHT :140*HAIR :BK*EYES :BR*RACE :W*SEX :M
*BALD : *SKIN :MB*GLAS : *BILD :MD*MAR :N*HAND : *CZ :Y*YRCO : *YCAL :
*SMT :           :          :                   :              *SLCH :
 ,NUMBER DIR  STREET NAME      SUF  APT   CITY                ST  ZIP  YADR
 :  846 :   :FOOTHILL         :BL :2    :OAKLAND          :CA :94606 :10
   1610     PRINCE                4    BERKELEY          CA  94703
*TEL :7798217*AREA :510*OCPN :                *EMP :           *YREM :
*.,EMPL*ADR :          *STR :                 *CITY :            *ST :
*DLN1 :CAN7084401    *SSN1 : Redacted  *MSN1 :
*FPC :            *FPRT :02/16/03 *DNA  :        *HFAC 00S00   *AJIS :
*FPQ :            *AFIS :013408226 *REG :         *RDAT :        *RAGY :
*PALM :       *CIIN :10163876  *FBIN :482214RA1    *PROB :    *APNO :
```

ACSO 156



Booked Date: 8/13/2010
DOB: Redacted

Printed on: August 17, 2010, 6:30

PFN: BDH226
Last Name: HARRISON
First: MARTIN

CABS 02/98

ACSO 157

BUR___ 010 7852    HARRISON MARTIN  621510    TIME 1K20

FN/AJIS ___    Redacted

___ 1016387L    D.O.B. ___    SEX M    REMARKS ___

CH___ ES  VC 23152(A) ___    ___    ___

k + me of clubs kkuy

ARE YOU ON PROBATION OR PAROLE? ___ YES  ___ NO
HAVE YOU DONE STATE OR CYA TIME? ___ YES  X NO
YR. ___    NUM# ___    INSTIT ___    CHARGES ___
YR. ___    NUM# ___    INSTIT ___    CHARGES ___
HAVE YOU DONE COUNTY JAIL TIME?  X 2    ___ YES  ___ NO
DO YOU HAVE ANY FAMILY MEMBERS IN JAIL OR PRISON? ___ YES  X NO
INSTIT ___    RELATIONSHIP ___
DETAILS ___

HAVE YOU ESCAPED FROM CUSTODY? ___ YES  X NO
WALK-AWAY ___ YES  ___ NO
YR. ___    INSTIT ___
DETAILS ___    DUI 273.5    Re 243(e)(1)

HAVE YOU EVER BEEN CHARGED WITH AN ASSAULT? 93   03    X YES  ___ NO
DID IT INVOLVE A PEACE/CORRECTIONAL OFFICER? ___ YES  X NO
WHERE ___    YEAR ___    DISPO. ___
HAVE YOU EVER BEEN INVOLVED IN AN ASSAULT ON ANOTHER INMATE? ___ YES  X NO
HAVE YOU EVER BEEN INVOLVED IN A JAIL/PRISON DISRUPTION/RIOT? ___ YES  X NO
IT ___    YR. ___
DETAILS ___

ARE YOU A POLICE INFORMANT/WITNESS IN COURT? ___ YES  X NO
WHERE ___    PROSECUTION OR DEFENSE ___
ARE YOU A MEMBER/ASSOCIATE OF JAIL/STREET GANG? ___ YES  X NO
GANG NAME ___    SCARS/TATTOO  Chester  clmatch ① arm
DETAILS ___

HAVE YOU EVER BEEN A VICTIM OF A CRIME/ASSAULT IN JAIL/PRISON? ___ YES  X NO
DO YOU HAVE ANY ENEMIES IN JAIL? ___ YES  X NO
DO YOU HAVE ANY FRIENDS/RELATIVES IN LAW ENFORCEMENT? ___ YES  X NO
DETAILS ___

ARE YOU HETEROSEXUAL  X    HOMOSEXUAL ___    BISEXUAL ___
HAVE YOU EVER BEEN CHARGED WITH A SEX CRIME? ___ YES  X NO
HAVE YOU EVER BEEN CHARGED WITH A CRIME INVOLVING CHILDREN? ___ YES  X NO
DETAILS ___

HAVE YOU EVER RECEIVED TREATMENT IN A MENTAL INSTITUTION? ___ YES  X NO
HAVE YOU EVER ATTEMPTED SUICIDE? ___ YES  X NO
ARE YOU ADDICTED TO ANY DRUGS OR ALCOHOL?  Marijuana    X YES  ___ NO
DETAILS ___

I HAVE RECEIVED RULES AND REGULATIONS    X YES  ___ NO

_____    D. Pischke #1755, Deputy
INMATE SIGNATURE    CLASSIFICATION OFFIC

ACSO 158