# EXHIBIT 87

