# EXHIBIT 88











