# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　　　Defendants. | Case No.  11-cv-02868-JST<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

The Court hereby continues the pretrial conference currently scheduled for March 3, 2014, to March 4, 2014, at 2:00 p.m.

The Court is currently scheduled to preside over a criminal trial from March 3 to April 3, 2014. On the date of the pretrial conference, the Court will apprise the parties of the status of the criminal trial. The parties are to come to the pretrial conference prepared to discuss alternative trial dates in the event the original trial date in this matter is no longer available.

If a continuance is necessary, the Court will give priority to this matter over any other trial that has not been previously continued.

**IT IS SO ORDERED.**

Dated: February 14, 2014



JON S. TIGAR
United States District Judge