# EXHIBIT C

## DEFENDANT DEPUTIES' ADMITTED USES OF FORCE

| | |
|---|---|
| Ahlf | • Pushed Harrison into the cell<br>• Tased Harrison two times for a total of ten seconds<br>• Held Harrison's arms and placed his body weight on top of him while Harrison was prone<br>• Struck the back of Harrison's head with his hand twice<br>• Punched Harrison's back three to four times<br>• Struck Harrison's torso with his knee, once or twice<br>• Tased Harrison in the upper back for five seconds |
| Valverde | • Pushed his knee into Harrison's upper back<br>• Grabbed Harrison's right hand<br>• Repeatedly punched Harrison's wrist |
| Swetnam | • Grabbed Harrison's leg<br>• Grabbed Harrison's left ankle and used the heel of his boot to deliver a downward kick to Harrison's navel area<br>• Bent Harrison's leg toward his buttocks and pinned his leg<br>• Punched Harrison three times in the lower abdomen<br>• Saw an unidentified deputy punch Harrison three times in the torso |
| Martinez | • Tased Harrison between his shoulder blades for seven seconds<br>• Tased Harrison between his shoulder blades again for five seconds |
| Litvinchuk | • Grabbed Harrison's right hand when he allegedly had the Taser<br>• Punched Harrison in the upper right torso three to four times<br>• Held Harrison's head down while he was face down for 8-10 minutes |
| Madigan | • Stepped on Harrison's right hand while he allegedly had the Taser<br>• Pushed his knee into Harrison's back while Harrison was prone, for approximately 3 minutes<br>• Put Harrison's right arm in a wrist lock |
| Rojas | • Held down Harrison's shoulders while Harrison was prone<br>• Grabbed Harrison's right wrist<br>• Pulled Harrison's right arm to the small of his back to be handcuffed |
| Sobrero | • Pulled Harrison's left hand out and assisted with handcuffing<br>• Held Harrison in a prone position on the floor for 8-10 minutes, placing pressure on his shoulder to hold him down |
| Unubun | • Grabbed Harrison's right hand<br>• Used a joint manipulation technique to pull Harrison's right hand behind his back and handcuff it<br>• Pushed his left knee into Harrison's buttocks during handcuffing |
| Bareno | • Knelt on Harrison's calves and ankles<br>• Placed Harrison's legs in a figure-four leg lock |



PLAINTIFF'S EXHIBIT
9
ROGERS 2
PENGAD 800-631-6989