# EXHIBIT D













































1 (head-neck)

#95

