**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant
ZELDA SANCHO, LVN

**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.H., et al., | CASE NO: C11-2868 JST (MEJ) |
| Plaintiffs, | **REQUEST THAT THE PERSONAL ATTENDANCE OF ZELDA SANCHO AT THE SETTLEMENT CONFERENCE BE EXCUSED (1/27/15)** |
| v. | |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | ORDER |

The individual designated by CORIZON with the final authority to settle and is knowledgeable of the facts of the case (including those relative to MS. SANCHO) will attend the settlement conference. MS. SANCHO is employed as a nurse at a convalescent facility in Alameda and is scheduled to be working on January 27, 2015. MS. SANCHO has a limited amount of leave time which she must use wisely, sparingly and periodically to attend the trial of this matter. She must give at least two weeks prior notice of the use of any time other than sick leave. MS. SANCHO is fully covered for compensatory damages by CORIZON and has no financial assets. She is also a caregiver for her elderly father and her son.  Taking an unexcused day off to attend a settlement conference would constitute an extraordinary and unjustified hardship upon her.  It would cause her a day's salary and the loss of one day that she should use to attend the trial.  MS. SANCHO will be available by telephone and the plaintiffs'

1  attorneys have no objections to the Court excusing her.

2      For these reasons, ZELDA SANCHO would ask that she be excused by the

3  Court from personal attendance at the settlement conference.

4  Dated: January 9, 2015                 WILLIAMS & ASSOCIATES

5

6                                  By: */s/ Martha M. Stringer*
                                    MARTHA M. STRINGER, CSB 156333
                                    Attorneys for defendant

7                                      ZELDA SANCHO

8

9  ```
DENIED without prejudice to reassessing issue after talking with plaintiffs.
The court requests in person attendance for a host of reasons, including an ability
to assess trial optics.  Defendant may raise the issue with court too by
scheduling a pre-conference call.
Dated: January 12, 2015
```

