Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
LAW OFFICES OF NANCY E. HUDGINS
711 Van Ness Ave., Ste 450
San Francisco, CA, 94102
415-979-0100
mmg@hudginslaw.com

Attorneys for Defendants Harold W. Orr, Jr., M.D., and Corizon Health, Inc.

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.H., et al. | Case No.: C 11-2868 JST |
| Plaintiffs, | **REQUEST THAT THE PERSONAL ATTENDANCE OF HAROLD ORR, JR., M.D., AT THE SETTLEMENT CONFERENCE BE EXCUSED** |
| v. | |
| ALAMEDA COUNTY, et al. | |
| Defendants. | |

The individual designated by Corizon with the final authority to settle and is knowledgeable of the facts of the case (including those relative to Dr. Orr) will attend the settlement conference in person. Dr. Orr is the Chief Clinical Officer for Corizon for the Western Region of the country. He is scheduled to attend a three-day leadership seminar at Corizon in Brentwood, TN, from January 26-28. The national conference was set prior to the scheduling of this settlement conference. Dr. Orr will be available by telephone and the plaintiffs' attorneys have no objection to the Court's excusing him (see attached email).

For these reasons, Dr. Orr requests that he be excused by the Court from personal attendance at the settlement conference.

Dated:  January 12, 2015                                LAW OFFICES OF NANCY HUDGINS

Dated: January 13, 2015

/s/ *Matthew M. Grigg*
Matthew M. Grigg
Attorneys for Defendants Harold W. Orr, M.D., and Corizon Health, Inc.

APPROVED
Judge Laurel Beeler

**Nancy Hudgins**

| | |
|---|---|
| **From:** | Haddad & Sherwin |
| **Sent:** | Tuesday, January 06, 2015 6:51 PM |
| **To:** | 'Nancy Hudgins' |
| **Cc:** | 'Catherine Koss'; 'Carol Ho'; 'Matt Grigg'; 'Jeff Hunter'; 'Randy Andrada'; 'Martha Stringer'; 'Richard Friedman'; 'Haddad & Sherwin' |
| **Subject:** | RE: Harrison Settlement Conference |

We have no objection to Defendants asking the Court to allow anyone from their side to appear by telephone.

Julia Sherwin
(510) 452-5500



505 Seventeenth Street, Oakland CA 94612
www.haddadsherwin.com

---

**From:** Nancy Hudgins [mailto:neh@hudginslaw.com]
**Sent:** Tuesday, January 06, 2015 6:13 PM
**To:** Haddad & Sherwin
**Cc:** Catherine Koss; Carol Ho; Matt Grigg; Jeff Hunter; Randy Andrada; Martha Stringer; Richard Friedman
**Subject:** Re: Harrison Settlement Conference

Britt Herron and I are available both dates. Can Dr. Orr appear by telephone?

Sent from my iPhone

On Jan 6, 2015, at 5:21 PM, Haddad & Sherwin <haddad.sherwin@sbcglobal.net> wrote:

> All, We got a call from Jeff Hunter asking for the settlement conference to be January 21st. That date does not work but we could do January 16 or 23rd. Unfortunately Mike is going to be on a plane on Friday and I have meetings in the morning, but I could do a call with the court on Friday afternoon any time from 1:00 p.m. Pacific time on.
>
> Julia Sherwin
> (510) 452-5500
>
> [image]
>
> 505 Seventeenth Street, Oakland CA 94612
> www.haddadsherwin.com

---

**From:** Haddad & Sherwin [mailto:haddad.sherwin@sbcglobal.net]
**Sent:** Tuesday, January 06, 2015 4:07 PM
**To:** 'Nancy Hudgins'; 'Catherine Koss'; 'Carol Ho'; 'Matt Grigg'; 'Jeff Hunter'; 'Randy Andrada'; 'Martha

1