**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant
ZELDA SANCHO, LVN

## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

M.H., et al.,

              Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

              Defendants.

CASE NO: C11-2868 JST (MEJ)

***AMENDED* REQUEST THAT THE PERSONAL ATTENDANCE OF ZELDA SANCHO AT THE 1/27/15 SETTLEMENT CONFERENCE BE EXCUSED AND DECLARATION IN SUPPORT** : ORDER

MS. SANCHO is employed as a charge nurse at a convalescent facility in Alameda and is scheduled to be working on January 27, 2015.  As explained in the original request, MS. SANCHO has a limited amount of leave time which she must use wisely, sparingly and periodically to attend the trial of this matter. She must give at least two weeks prior notice of the use of any time other than sick leave. She is also the caregiver for her elderly, disabled father and the support for both him and her son.

While taking an unexcused day off to attend a settlement conference would constitute an extraordinary and unjustified hardship upon her, MS. SANCHO can make arrangements to take BART to San Francisco on the morning of January 27, 2015 and can attend the settlement conference from 10:00 a.m. until approximately 12:30 p.m. when she will have to leave to catch BART and return to her job.  She can be available by telephone for the remainder of the day, if necessary.

1      Plaintiffs' attorneys had previously expressed no objection to any defendant

2  asking the Court to allow telephonic appearance. (See Declaration of Martha M.

3  Stringer, Exhibit "A") Once informed of MS. SANCHO'S availability for several hours at

4  the settlement conference, they also expressed no objection. (See Declaration of

5  Martha M. Stringer, Exhibit "B")

6      For these reasons, ZELDA SANCHO would ask the Court to permit her to

7  appear for 2.5 hours at the January 27, 2015 settlement conference and then to be

8  available by telephone for the remainder of the conference.

9  Dated: January 14, 2015               WILLIAMS & ASSOCIATES

10

11                          By /s/ Martha M. Stringer

                              MARTHA M. STRINGER, CSB 156333

12  Dated: January 16, 2015          Attorneys for defendant

                              ZELDA SANCHO

13

14             **DECLARATION OF MARTHA M. STRINGER**

15      I, Martha M. Stringer, declare:

16      1.      I am an attorney duly licensed to practice law before all courts in the State

17  of California and before the United States District Court for the Northern District of

18  California.

19      2.      I am an attorney with Williams & Associates, attorneys of record for

20  defendant Zelda Sancho in the above-referenced matter.

21      3.      Attached hereto as Exhibit "A" is a true and correct copy of an e-mail

22  exchange dated January 6, 2015, confirming that the plaintiffs had no objection to any

23  defendant asking the Court to allow a telephonic appearance at the settlement

24  conference.

25      4.      Attached hereto as Exhibit "B" is a true and correct copy of an e-mail

26  exchange dated January 14, 2015, confirming that the plaintiffs have no objection to

27  Zelda Sancho appearing for 2.5 hours at the settlement conference and then being

*(Stamp overlapping text: APPROVED / Judge Laurel Beeler / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

28

1  available by telephone thereafter.

2      I declare under penalty of perjury under the laws of the United States of America

3  that the foregoing is true and correct.  Executed this 14th day of January, 2015, in

4  Sacramento, California.

5

6                      /s/ Martha M. Stringer

7                      MARTHA M. STRINGER

**EXHIBIT "A"**

**Nancy Hudgins**

| | |
|---|---|
| **From:** | Haddad & Sherwin |
| **Sent:** | Tuesday, January 06, 2015 6:51 PM |
| **To:** | 'Nancy Hudgins' |
| **Cc:** | 'Catherine Koss'; 'Carol Ho'; 'Matt Grigg'; 'Jeff Hunter'; 'Randy Andrada'; 'Martha Stringer'; 'Richard Friedman'; 'Haddad & Sherwin' |
| **Subject:** | RE: Harrison Settlement Conference |

We have no objection to Defendants asking the Court to allow anyone from their side to appear by telephone.

Julia Sherwin
(510) 452-5500

**HADDAD & SHERWIN LLP**
CIVIL RIGHTS • TRIAL LAWYERS

505 Seventeenth Street, Oakland CA 94612
www.haddadsherwin.com

---

**From:** Nancy Hudgins [mailto:neh@hudginslaw.com]
**Sent:** Tuesday, January 06, 2015 6:13 PM
**To:** Haddad & Sherwin
**Cc:** Catherine Koss; Carol Ho; Matt Grigg; Jeff Hunter; Randy Andrada; Martha Stringer; Richard Friedman
**Subject:** Re: Harrison Settlement Conference

Britt Herron and I are available both dates. Can Dr. Orr appear by telephone?

Sent from my iPhone

On Jan 6, 2015, at 5:21 PM, Haddad & Sherwin <haddad.sherwin@sbcglobal.net> wrote:

> All, We got a call from Jeff Hunter asking for the settlement conference to be January 21st. That date does not work but we could do January 16 or 23rd. Unfortunately Mike is going to be on a plane on Friday and I have meetings in the morning, but I could do a call with the court on Friday afternoon any time from 1:00 p.m. Pacific time on.
>
> Julia Sherwin
> (510) 452-5500
>
> 
>
> 505 Seventeenth Street, Oakland CA 94612
> www.haddadsherwin.com

---

**From:** Haddad & Sherwin [mailto:haddad.sherwin@sbcglobal.net]
**Sent:** Tuesday, January 06, 2015 4:07 PM
**To:** 'Nancy Hudgins'; 'Catherine Koss'; 'Carol Ho'; 'Matt Grigg'; 'Jeff Hunter'; 'Randy Andrada'; 'Martha

**EXHIBIT "B"**

**Martha Stringer**

| | |
|---|---|
| From: | Haddad & Sherwin [haddad.sherwin@sbcglobal.net] |
| Sent: | Wednesday, January 14, 2015 12:06 PM |
| To: | Martha Stringer |
| Cc: | 'Haddad & Sherwin'; 'Richard Friedman'; genevieve.guertin@sbcglobal.net; 'T. Kennedy Helm' |
| Subject: | RE: Zelda appearance at settlement conference and stip re LVN Board fine testimony |
| Attachments: | Stip.Sancho BVNPT Fine.docx |

Hi Martha, We have no objection to Zelda Sancho leaving the settlement conference to return to work.  Also, a proposed stipulation concerning the BVNPT fine is attached.  Please let me know if you agree to it and we will file it with the Court. Thanks very much, Julia

Julia Sherwin
(510) 452-5500



505 Seventeenth Street, Oakland CA  94612
www.haddadsherwin.com

---

**From:** Martha Stringer [mailto:MStringer@williamslegal.net]
**Sent:** Wednesday, January 14, 2015 10:04 AM
**To:** 'Haddad & Sherwin'
**Subject:** Zelda appearance at settlement conference and stip re LVN Board fine testimony

Julia,

The court clerk suggested I contact you about Zelda's personal appearance at the MSC on the 27th. It was my understanding that you had no objections to telephonic availability, but I have made arrangements for Zelda to personally attend between 10 and 12:30 when she must return to work. She can be available by telephone the remainder of the day, if necessary. Is that ok with you?  Also, with respect to the fine issue, do you want a formal stipulation or will the e-mail chain suffice after you provide an answer?

Marty

Martha M. Stringer
Williams & Associates
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122 (Tel)
(916) 737-1126 (Fax)