William W. Drury, #005238
Jeffrey S. Hunter, #024426
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile:  (602) 307-5853
E-mail:   docket@rcdmlaw.com
              wdrury@rcdmlaw.com
              jhunter@rcdmlaw.com

J. Randall Andrada (SBN 70000)
randrada@andradalaw.com
Catherine Koss (SBN 244857)
ckoss@andradalaw.com
**ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160

Attorneys for Defendants County of Alameda, Gregory J. Ahern, in his capacity as Sheriff for County of Alameda, Deputies Matthew Ahlf, Alejandro Valverde, Joshua Swetnam, Roberto Martinez, Zachary Litvinchuk, Ryan Madigan, Michael Bareno, Fernando Rojas-Castaneda, Shawn Sobrero, Solomon Unubun, all individually and in their official capacities as Deputy Sheriffs for County of Alameda, and Megan Hast, A.S.W.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. H., a minor, through his Guardian Ad Litem, Michelle Henshaw, JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON, JR. and TIFFANY HARRISON, all individually and as Co-Successors in Interest of Decedent MARTIN HARRISON,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation, - SHERIFF GREGORY J. AHERN, in his individual and official capacities; DEPUTIES MATTHEW | **No. 3:11-2868 – JST (MEJ)**<br><br>**REQUEST THAT THE PERSONAL ATTENDANCE OF DEFENDANT MEGAN HAST AT THE SETTLEMENT CONFERENCE BE EXCUSED**<br>ORDER<br><br>Trial Date:  February 2, 2015<br>Time:  8:30 a.m.<br><br>Settlement Conference:  January 27, 2015<br>Time:  10:00 a.m. |

|   |   |
|---|---|
| AHLF, ALEJANDRO VAL VERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBERO, SOLOMON UNUBUN, MEGAN HAST, A.S.W., CORIZON HEALTH, INC., a Delaware corporation, HAROLD ORR, M.D., ZELDA SANCHO, L.V.N. and DOES 5-20, individually, jointly and severally, | Hon.: Jon S. Tigar |
| Defendants. |   |

Defendant Megan Hast respectfully requests to be excused from personal attendance at the Settlement Conference set for January 27, 2015 because she is currently living outside of the United States, in Guatemala. Defendant Hast is involved in charity work with children in Guatemala City. Her charity work is non-compensated, other than room and board. Defendant Hast will have telephonic access with counsel during the Settlement Conference.

For these reasons, Defendant Megan Hast requests that she be excused by the Court from personal attendance at the settlement conference.

RESPECTFULLY SUBMITTED this 16th day of January, 2015.

RENAUD COOK DRURY MESAROS, PA

By /s/ *Jeffrey S. Hunter*
William W. Drury
Jeffrey S. Hunter
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendants County of Alameda, Ahern, Ahlf, Verde, Swetnam, Martinez, Litvinchuk, Madigan, Bareno, Rojas-Castaneda, Sobero, Unubun, and Hast*

Dated: January 20, 2015



APPROVED
Judge Laurel Beeler

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853