William W. Drury, #005238
Jeffrey S. Hunter, #024426
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile:  (602) 307-5853
E-mail:   docket@rcdmlaw.com
              wdrury@rcdmlaw.com
              jhunter@rcdmlaw.com

J. Randall Andrada (SBN 70000)
randrada@andradalaw.com
Catherine Koss (SBN 244857)
ckoss@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160

Attorneys for Defendants County of Alameda, Gregory J. Ahern, in his capacity as Sheriff for County of Alameda, Deputies Matthew Ahlf, Alejandro Valverde, Joshua Swetnam, Roberto Martinez, Zachary Litvinchuk, Ryan Madigan, Michael Bareno, Fernando Rojas-Castaneda, Shawn Sobrero, Solomon Unubun, all individually and in their official capacities as Deputy Sheriffs for County of Alameda, and Megan Hast, A.S.W.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M. H., a minor, through his Guardian Ad Litem, Michelle Henshaw, JOSEPH HARRISON, KRYSTLE HARRISON, MARTIN HARRISON, JR. and TIFFANY HARRISON, all individually and as Co-Successors in Interest of Decedent MARTIN HARRISON,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation, - SHERIFF GREGORY J. AHERN, in his individual and official capacities; DEPUTIES MATTHEW | **No. 3:11-2868 – JST**<br><br>**REQUEST THAT THE PERSONAL ATTENDANCE OF DEFENDANT MICHAEL BARENO AT THE SETTLEMENT CONFERENCE BE EXCUSED**<br>ORDER<br><br>Trial Date:  February 2, 2015<br>Time:  8:30 a.m.<br><br>Pretrial Conference:  January 27, 2015<br>Time:  10:00 a.m.<br><br>Hon.:  Jon S. Tigar |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, 3:11-2868)                            1004-1328                            1989158.v1

| | |
|---|---|
| 1 | AHLF, ALEJANDRO VAL VERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBERO, SOLOMON UNUBUN, MEGAN HAST, A.S.W., CORIZON HEALTH, INC., a Delaware corporation, HAROLD ORR, M.D., ZELDA SANCHO, L.V.N. and DOES 5-20, individually, jointly and severally, |
| | Defendants. |

Defendant Michael Bareno respectfully requests to be excused from personal attendance at the Settlement Conference set for January 27, 2015 because he is currently living in Carson City, Nevada. Defendant Bareno will have telephonic access with counsel during the Settlement Conference.

For these reasons, Defendant Michael Bareno requests that he be excused by the Court from personal attendance at the settlement conference.

RESPECTFULLY SUBMITTED this 17th day of January, 2015.

        RENAUD COOK DRURY MESAROS, PA

        By /s/ *Jeffry S. Hunter*
         William W. Drury
         Jeffrey S. Hunter
         One North Central, Suite 900
         Phoenix, Arizona 85004-4417
         *Attorneys for Defendants County of Alameda, Ahern, Ahlf, Verde, Swetnam, Martinez, Litvinchuk, Madigan, Bareno, Rojas-Castaneda, Sobero, Unubun, and Hast*

Defendants must check with plaintiffs about their position.

Dated: January 20, 2015

*[Signature]*
Judge Laurel Beeler

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, 3:11-2868)  1004-1328  1989158.v1