UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No.  11-cv-02868-JST<br><br>**ORDER REGARDING NUMBER OF JURORS, JURY QUESTIONNAIRE, VOIR DIRE, AND PEREMPTORY CHALLENGES**<br><br>Re: Dkt. Nos. 298, 299, 300, 305 |

  The Court will seat twelve jurors for this case.

  The Court will use the jury questionnaire proposed jointly by the parties, ECF No. 298, but without any of the additional questions proposed by the parties individually.  ECF Nos. 299, 300.

  The Court will distribute questionnaires and written hardship excusal requests to the prospective jurors on February 2, 2015.  Counsel will arrange to have copies of the questionnaires made for all parties when the questionnaires have been completed.

  Voir dire will take place on February 3, 2015 and will be completed that day.  Plaintiffs will have up to one hour and 36 minutes to conduct their questioning.  Defendants jointly will have up to two hours and 24 minutes to conduct their questioning.  Defendants may allocate that time among themselves as they see fit; if they are unable to agree, then each of the Corizon Defendants as a group and the County Defendants as a group will have 57 minutes, and Nurse Sancho will have 30 minutes.  If the Defendants expect the Court to enforce these time limits as between the Defendants (and not just in the aggregate), they must inform the Court before voir dire begins.  The foregoing time limits are inclusive of all time spent questioning the jury.

  Plaintiffs may exercise up to four peremptory challenges.  Defendants jointly may exercise up to six peremptory challenges.  Defendants may allocate the challenges among themselves; if

they are unable to agree on an allocation, they must inform the Court before voir dire begins, and the Court will make a specific allocation.

This order resolves Plaintiff's Motion In Limine Number Three.  ECF No. 305.

**IT IS SO ORDERED.**

Dated:  January 25, 2015

JON S. TIGAR
United States District Judge