1   William W. Drury, #005238
    Jeffrey S. Hunter, #024426
2   RENAUD COOK DRURY MESAROS, PA
    One North Central, Suite 900
3   Phoenix, Arizona 85004-4417
    Telephone: (602) 307-9900
4   Facsimile: (602) 307-5853
    E-mail:   docket@rcdmlaw.com
5             wdrury@rcdmlaw.com
              jhunter@rcdmlaw.com
6
    J. Randall Andrada (SBN 70000)
7   randrada@andradalaw.com
8   Catherine Koss (SBN 244857)
    ckoss@andradalaw.com
9   **ANDRADA & ASSOCIATES**
    **PROFESSIONAL CORPORATION**
10  180 Grand Avenue, Suite 225
11  Oakland, California 94612
    Tel.: (510) 287-4160
12
13  *Attorneys for Defendants County of Alameda, Gregory J. Ahern, in his capacity as Sheriff for County*
    *of Alameda, Deputies Matthew Ahlf, Alejandro Valverde, Joshua Swetnam, Roberto Martinez,*
14  *Zachary Litvinchuk, Ryan Madigan, Michael Bareno, Fernando Rojas-Castaneda, Shawn Sobrero,*
    *Solomon Unubun, all individually and in their official capacities as Deputy Sheriffs for County of*
15  *Alameda, and Megan Hast, A.S.W.*
16
17              **IN THE UNITED STATES DISTRICT COURT**
18             **NORTHERN DISTRICT OF CALIFORNIA**

19  M. H., a minor, through his Guardian Ad          **No. 3:11-2868 – JST**
    Litem, Michelle Henshaw, JOSEPH
20  HARRISON, KRYSTLE HARRISON,
    MARTIN HARRISON, JR. and TIFFANY             **RENEWED REQUEST THAT THE**
21  HARRISON, all individually and as Co-         **PERSONAL ATTENDANCE OF**
    Successors in Interest of Decedent           **DEFENDANT MICHAEL BARENO**
22  MARTIN HARRISON,                              **AT THE SETTLEMENT**
                                                  **CONFERENCE BE EXCUSED**
23                          Plaintiffs,
                                                  **AND NO OBJECTIONS FROM**
24  v.                                                  **PLAINTIFFS'**

25  COUNTY OF ALAMEDA, a municipal
    corporation, - SHERIFF GREGORY J.
26  AHERN, in his individual and official
    capacities; DEPUTIES MATTHEW             Trial Date:  February 2, 2015

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

| | | |
|---|---|---|
| 1 | AHLF, ALEJANDRO VAL VERDE, JOSHUA SWETNAM, ROBERTO MARTINEZ, ZACHARY LITVINCHUK, RYAN MADIGAN, MICHAEL BARENO, FERNANDO ROJAS-CASTANEDA, SHAWN SOBERO, SOLOMON UNUBUN, MEGAN HAST, A.S.W., CORIZON HEALTH, INC., a Delaware corporation, HAROLD ORR, M.D., ZELDA SANCHO, L.V.N. and DOES 5-20, individually, jointly and severally, | Time:  8:30 a.m.

Pretrial Conference:  January 27, 2015
Time:  9:30 a.m.

Hon.:  Jon S. Tigar |
| 7 | Defendants. | |

Defendant Michael Bareno respectfully renews his request to be excused from personal attendance at the Settlement Conference set for January 27, 2015 because he is currently living in Carson City, Nevada.  Defendant Bareno will have telephonic access with counsel during the Settlement Conference.

Pursuant to the Court's Notice [Dckt# 378], Defendants' counsel has consulted with Plaintiffs' counsel concerning Defendant Bareno's non-personal appearance at the Settlement Conference.  Plaintiffs' counsel has no objection to Defendant Bareno's non-personal appearance at Settlement Conference.

For these reasons, Defendant Michael Bareno requests that he be excused by the Court from personal attendance at the settlement conference.

RESPECTFULLY SUBMITTED this 26th day of January, 2015.

RENAUD COOK DRURY MESAROS, PA

Dated: January 26, 2015

By /s/ Jeffrey S. Hunter
William W. Drury
Jeffrey S. Hunter
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendants County of Alameda, Ahlf, Val Verde, Swetnam, Martinez, Litvinchuk, Madigan, Bareno, Rojas-Castaneda, Sobero, Unubun, and Hast*

APPROVED

Judge Laurel Beeler

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

**PROOF OF SERVICE**

*MH v. County of Alameda, et al.*
U.S.D.C. Northern District (San Francisco) Case No. 3:11-cv-02868-JST

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is One North Central, Suite 900, Phoenix, Arizona 85004; and that on January 26, 2015, I served a true copy of the foregoing document(s) entitled:

**DEFENDANTS COUNTY OF ALAMEDA RENEWED REQUEST THAT THE PERSONAL ATTENDANCE OF DEFENDANT MICHAEL BARENO AT THE SETTLEMENT CONFERENCE BE EXCUSED**

**AND NO OBJECTIONS FROM PLAINTIFFS'**

on the parties in this action by causing copies of such documents to be transmitted BY ELECTRONIC MAIL in portable document format ("PDF") from the electronic mail address bdoisher@rcdmlaw.com, addressed as follows:

Attorneys for PLAINTIFFS

Michael J. Haddad, Esq.
Julie Sherwin, Esq.
Genevieve K. Guertin, Esq.
T. Kennedy Helm, Esq.
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Tel: 510-452-5500 *I* Fax: 510-452-5510
haddad.sherwin@sbcglobal.net

Richard H. Friedman, Esq.
FRIEDMAN|RUBIN
1126 Highland Avenue
Bremerton, WA 98337
Tel:  360-782-4300/Facsimile:  360-782-4358

Attorneys for Defendants
HAROLD ORR, M.D. and CORIZON
HEALTH, INC.

Nancy E. Hudgins, Esq.
Matthew M. Grigg, Esq.
Carol B. Ho, Esq.
Law Offices of Nancy E. Hudgins
711 Van Ness Avenue, Suite 450

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3, 3:11-2868)                1004-1328                1989158.v1

1  San Francisco, CA 94102
   Tel: 415-979-0100
2  Fax: 415-979-0747
3  neh@hudginslaw.com
   mmg(a),hudginslaw.com
4  cbh@hudginslaw.com

5  Attorneys for Defendant
   ZELDA SANCHO, L.V.N.
6

7  Kathleen J. Williams, Esq.
   Martha Stringer, Esq.
8  Williams & Associates
   1250 Sutterville Road, Suite 290
9  Sacramento, CA 95822
   Tel: 916-456-1122
10 Fax: 916-737-1126
11 kwilliams@williamslegal.net
   mstringer@williamslegal.net
12
   Attorneys for DEFENDANTS COUNTY OF ALAMEDA, ET AL.
13

14 J. Randall Andrada , Esq.
   Catherine Koss (SBN 244857)
15 ANDRADA & ASSOCIATES
   PROFESSIONAL CORPORATION
16 180 Grand Avenue, Suite 225
   Oakland, California 94612
17 Tel.: · (510) 287-4160
18 Fax: (510) 287-4161
   randrada@andradalaw.com
19 ckoss@andradalaw.com

20     I declare under penalty of perjury that the foregoing is true and correct.  Executed on January
21 26, 2015, at Phoenix, Arizona.

22                              /s/ B. Doisher
                               Name
23

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4, 3:11-2868)                    1004-1328                    1989158.v1