FILED
FEB 02 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HARRISON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.  11-cv-02868-JST<br><br>**ORDER REGARDING JUROR HARDSHIP REQUESTS** |

The hardship requests of the following prospective jurors are GRANTED without need for a further hearing. The following jurors should return to the Jury Assembly Room, where they will be excused from further service.

| | | |
|---|---|---|
| Dan Carte | Susanne Mathew | Sheri Smith |
| Talana Fairfax | Grace Morales McGrath | Ruth Van Slyke |
| Patricia Kipnis | Imelda Oseguera | John Vitlacil |
| Sharon L. Lane | Stephen F. Richards | |
| Curtis Lew | Christopher Sagum | |

**IF YOUR NAME DOES NOT APPEAR ABOVE, THE COURT IS STILL CONSIDERING YOUR HARDSHIP REQUEST AND YOU <u>MUST</u> APPEAR AT 1:00 P.M. IN COURTROOM 7 FOR FURTHER HEARING.**

IT IS SO ORDERED.

Dated: February 2, 2015

JON S. TIGAR
United States District Judge