UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No.  11-cv-02868-JST<br><br>**ORDER GRANTING DEFENDANT COUNTY OF ALAMEDA'S MOTION TO ALLOW DEMONSTRATIVE EXHIBITS**<br><br>Re: Dkt. No. 404 |

Defendant County of Alameda's unopposed motion to allow demonstrative exhibits including a Taser Model X26, one set of handcuffs, one set of waist chains, one set of leg irons, and a spit mask, ECF No. 404, is granted.

Counsel for the County is ordered to notify a Court Security Officer upon entering the building with the Taser, and to lodge the Taser with the United States Marshals Service on the 20th floor for safekeeping.  Counsel should anticipate that the Marshals will render the Taser inoperable.

The Taser will be allowed in the courtroom only on the day that its use will be demonstrated to the jury.  <u>At no point will a cartridge be placed on the end of the Taser.</u>  Counsel will notify the Court and the Marshal's Service 24 hours before they intend to bring the Taser into the courtroom.

Counsel will comply with any further requests of the Marshals or orders of the Court

/ / /

/ / /

/ / /

/ / /

related to the transportation, use, or possession of the Taser.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
JON S. TIGAR
United States District Judge