**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL MINUTE ORDER

**Magistrate Judge LAUREL BEELER**

**Date:** February 10, 2015

**C 11-2868 JST (LB)**

**M.H., et al. v County of Alameda, et al.**

Plaintiff Attorney(s):   N/A
Defendant Attorney(s):   J. Randall Andrada

Deputy Clerk: **LASHANDA SCOTT**          Time: N/A
                                         Reporter: N/A

**PROCEEDINGS:**                                        **RULING:**

1. Further Telephonic Settlement Conference            Matter Held
2. _____         _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel for Alameda County informed the court that the Board approved the settlement this morning.  The parties will file the necessary stipulated dismissals and settlement agreement with the district court shortly.

(   ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court__

(   ) Referred to Magistrate For:

(   ) CASE CONTINUED TO_____   for _____