UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.H., et al.,

        Plaintiffs,

    v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

Case No. 11-cv-02868-JST

**ORDER REGARDING RETENTION OF EXHIBITS AND RETRIEVAL OF TRIAL MATERIALS.**

    The parties to this case have reached a settlement. The jury trial dates have been vacated.

    First, the parties shall retrieve from the Court all admitted exhibits. They shall retain, and not destroy, all trial exhibits that are in their possession.

    Second, the parties shall retrieve from the Court any materials and items that are unused and not needed by the Court, including lodged deposition transcripts, binders, and demonstrative items.

    Third, the parties shall contact the Courtroom Deputy Clerk, William Noble, to coordinate a date and time to pick up the remaining materials. All such materials shall be retrieved from the Court no later than February 27, 2015.

    IT IS SO ORDERED.

Dated: February 18, 2015

_____
JON S. TIGAR
United States District Judge