UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>   Defendants. | Case No.  11-cv-02868-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 436 |

  Plaintiffs have filed a stipulation of dismissal dated February 26, 2015, stating that they have agreed to settle all claims between Plaintiffs and the individual Defendants in this case. See ECF No. 436.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  All claims between Plaintiffs and Defendants Deputy Matthew Ahlf, Deputy Alejandro Valverde, Deputy Joshua Swetnam, Deputy Roberto Martinez, Deputy Zachary Litvinchuk, Deputy Ryan Madigan, Deputy Michael Bareno, Deputy Fernando Rojas-Castaneda, Deputy Shawn Sobrero, Deputy Solomon Unubun, Megan Hast, A.S.W., Harold Orr, M.D., and Zelda Sancho, L.V.N., have been dismissed with prejudice.  The Clerk is directed to terminate the aforementioned Defendants as parties to this case.

  IT IS SO ORDERED.

Dated: February 27, 2015

                       _____
                           JON S. TIGAR
                          United States District Judge