UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No.  11-cv-02868-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 438 |

Plaintiffs have filed a stipulation of dismissal dated February 26, 2015, stating that they have agreed to settle certain claims between Plaintiffs and Defendants the County of Alameda and Corizon Health, Inc.  See ECF No. 438.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims for damages and for costs and attorneys' fees incurred to date between Plaintiffs and Defendants Alameda County and Corizon have been dismissed with prejudice.

The parties' stipulation does not affect Plaintiffs' remaining claims against Alameda County and Corizon for injunctive relief, and for attorneys' fees and costs incurred after the filing of the stipulation.

IT IS SO ORDERED.

Dated: February 27, 2015

                                                                                     
JON S. TIGAR
United States District Judge