## Berkshire Hathaway Life Insurance Company of Nebraska
### Quote for Structured Settlement Annuity

| Contact | Rick Bishop | | Application Date | 09-Sep-2013 |
|---|---|---|---|---|
| Company | Settlement Planners, Inc | | Quote valid until | 11-Sep-2013 |
| Phone | | | Premium | $745,725.00 |
| Fax | | | Latest Premium Date | 31-Oct-2013 |
| Reference | #3 | | (lock in letter must be received by Sep 11, 2013) | |

Payments to: ▇▇▇▇▇▇▇▇   Sex: ▇▇   Date of Birth: ▇▇▇▇

| First Pmt. Date | Payment Amount | Payment Type | Certain Pmts. | Frequency | Annual Escalation |
|---|---|---|---|---|---|
| 12/01/2013 | 333.33 | Certain Only | 92 | Monthly | 0.00% |
| 07/18/2014 | 1,000.00 | Certain Only | 8 | Annually | 0.00% |
| 09/01/2021 | 40,000.00 | Certain Only | 5 | Annually | 0.00% |
| 07/01/2024 | 2,605.00 | Certain & Life | 300 | Monthly | 0.00% |
| 07/18/2028 | 50,000.00 | Lump Sum | | | |
| 07/18/2033 | 100,000.00 | Lump Sum | | | |
| 07/18/2038 | 150,000.00 | Lump Sum | | | |

### NOTES

- Quote can be withdrawn at any time, for any reason, prior to written acceptance by Settlement Planners, Inc.
- Please make checks payable to BHG Structured Settlements, Inc.
- Berkshire Hathaway Life Insurance Company of Nebraska is rated AA+ by Standard & Poors and A++ Class XV by A.M. Best.
- National Indemnity Company is the parent of Berkshire Hathaway Life Insurance Company of Nebraska & is rated AA+ by Standard & Poors and A++ Class XV by A.M. Best.
- BHG Structured Settlments, Inc.'s obligation as assignee will be fully guaranteed by Columbia Insurance Company which is rated AA+ by Standard & Poors and A++ Class XV by A.M. Best.

- Please fax or scan and email written acceptance of this quote by close of business September 11, 2013 to: Berkshire Hathaway Life Insurance Company of Nebraska, Fax: 866-204-6459, email: Smangini@berkre.com, Djohnson@berkre.com, or Pmcnulty@berkre.com.

_[signature]_   09-11-2013
Accepted   Date

For questions regarding this and other quotes, contact:
Steve Mangini at 860-830-5114, Doug Johnson at 540-425-4809, or Patrick McNulty at 425-919-7091.