UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.H., et al.,

        Plaintiffs,

    v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

Case No. 11-cv-02868-JST

**ORDER SETTING STATUS CONFERENCE**

Re: ECF No. 443

On September 21, 2015, the Court received the Request for Correction to Order Approving Minor's Compromise. ECF No. 443. The Court had previously approved the Minor's Compromise in this action, see ECF No. 109, but Minor Plaintiff's counsel now identify differences between that order and the annuity funding payment terms. Minor Plaintiff's counsel request that the Court issue an order correcting the Minor's Compromise.

The Court sets a status conference for Wednesday, October 21, 2015, at 2:00 p.m. Counsel and the Guardian Ad Litem Michelle Henshaw are ordered to appear in person. If counsel obtain the Guardian Ad Litem's signature to the Clarification to Order Approving Minor's Compromise, ECF No. 443-1 Ex. A, the hearing will be vacated and the Court will issue the an order correcting the Minor's Compromise. If the hearing proceeds, the parties should be prepared to discuss their efforts to contact the Guardian Ad Litem and what further efforts might prove fruitful in making contact with the Guardian Ad Litem.

IT IS SO ORDERED.

Dated: September 22, 2015

                                                      _____
                                                      JON S. TIGAR
                                            United States District Judge